## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

MARC A. STEPHENS,
Plaintiff,

v.

GURBIR S. GREWAL, ATTORNEY
GENERAL, STATE OF NEW JERSEY,
ATLANTIC COUNTY PROSECUTOR'S
OFFICE, STOCKTON UNIVERSITY,
GALLOWAY TOWNSHIP, ROBERT
BLASKIEWICZ, JR., DETECTIVE
SERGEANT MICHAEL MATTEOLI, All
Defendants sued Individually and in official
capacity.
Defendants

CASE NO.

**CIVIL RIGHTS
COMPLAINT, AND TRIAL
BY JURY DEMAND**

2022 APR -b  P 1: 56

---

### EXHIBITS

EXHIBIT 1 - video revealing who the skeptics society members are.....................a1
EXHIBIT 2 - skeptics sent Stephens a death threat "family killed".........................a2
EXHIBIT 3 - Kenneth P. White email to Marc Stephens "Threat"..........................a3
EXHIBIT 4 - death threat at Marc Stephens' mother house.............................  a4-5
EXHIBIT 5 - Ric Schiffs email to Marc Stephens "death threats"...........................a6
EXHIBIT 6 - Tim Farley posted a comment on a blog "Mob Like"........................  a7
EXHIBIT 7 - international pedophile ring....................................................  a8-a9
EXHIBIT 8 - websites called Houston Clinic Quack.............................................  a10
EXHIBIT 9 - website called "The Other Burzynski Patient Group".......................a11-a12
EXHIBIT 10 - Indira Hale-Tucker article........................................................  a13
EXHIBIT 11 - Marc Stephens filed an appeal for his firearm.............................  a14
EXHIBIT 12 - Burzynski file a complaint with the FBI..........................................a15-a19
EXHIBIT 13 - The Amazing Meeting video..........................................................  .....a20
EXHIBIT 14 - Stephens file a police report..........................................................a21-a22
EXHIBIT 15 - Stephens Petition of Writ of Certiorari...........................................  a23
EXHIBIT 16 - Englewood Police testified in court.................................................  .....a24
EXHIBIT 17 - Danielle Chaney article..................................................................  a25
EXHIBIT 18 - Detective Barrow agreed..................................................................  a26
EXHIBIT 19 - "First Notice" email January 8, 2016...................................................a27-28
EXHIBIT 20 - "Second Notice" email February 3, 2017...........................................  a29
EXHIBIT 21 - Blaskiewicz "admit" to Stephens email February 5, 2017..............  a30
EXHIBIT 22 - Marc Stephens replied to Blaskiewicz email February 6, 2017......  a31
EXHIBIT 23 - "First Warning" email February 6, 2017.........................................  a32-33
EXHIBIT 24 - "Third Notice" email November 28, 2017........................................  a34
EXHIBIT 25 - No weapon found inside the apartment, by ABC News.............  a35-36
EXHIBIT 26 - Marc Stephens Banned from Stockton University...........................a37
EXHIBIT 27 - Criminal Complaint filed against Marc Stephens..........................  a38-44
EXHIBIT 28 - Fabricated Testimony by Detective at Grand Jury...........................a45-49

EXHIBIT 29 - Marc Stephens is Indicted by the Grand Jurors................................a50-52
EXHIBIT 30 - Department of State "Denied" Stephens' U.S. Passport..................a53
EXHIBIT 31 - Court GRANTED Plaintiff Motion to quash bench warrant..............a54
EXHIBIT 32 - Judge issued an Opinion Dismissing Indictment..............................a55-60
EXHIBIT 33 - Prosecutor will not be re-trying the case against Stephens...........a61

**EXHIBIT 1 - 33, Attached hereto are true and correct copies. Under penalty of perjury, Marc Stephens hereby certify that the foregoing statements made are true.    Plaintiff is aware that if any of the foregoing statements made are willfully false, he is subject to punishment.**

Respectfully Submitted,

S// Marc Stephens_____
Marc A. Stephens
Plaintiff, Pro se
201-598-6268

March 29, 2022

# EXHIBIT 1

See video included in Flash Drive



# EXHIBIT 2

Popehat.com is a blog owned by Skeptic Kenneth P. White.    Lee Ann Torrans is actually Kenneth P. White.    After I sent an email to the Lee Ann Torrans address stating that I knew it was Kenneth P. White.    The email address was shut down.



🏷 FreeScoreOnline - 3 Bureau Credit Report - View your latest Credit Scores from all 3 bureaus in 60 seconds for $0!

**(no subject)**    Inbox   x

**lee ann** <ltorrans@gmail.com>                                      6/18/12
to me ▾

Marc:

I cannot tell you how much I wish you had not done that.

I had no idea why I was getting hate mail and links for about two days. then I read the Popehat.com blog.

I am being linked to a book about families being killed. my Pinterest account is being hacked and filled with images of men with machates and wounds .... I am afraid to open up the internet each day.

# EXHIBIT 3

@Popehat is Kenneth P. White, who is trying to locate Marc Stephens with the help of other Skeptics.    Kenneth P. White was also involved with locating an FBI agent and threatened to murder him and his wife.

Fourth, you claim the address belongs to a judge. Fine. What judge, Marc? You are claiming that the Santa Monica address belongs to a judge. But I note that you won't answer the question of whether it used to be an address you used. You still won't answer whether MAS Acquisitions, Inc. (in California or New York) was your company. Is it? If you have nothing to do with this address, Marc, why are you so concerned that I posted a link to a public document — a document anyone can find on the California Secretary of State's website in seconds — if you aren't affiliated with that address? You still haven't answered what danger you fear from knowing that address. What's the danger, Marc?

I do believe you, Marc, that you aren't currently living there. It sounds as if you are living in Englewood, New Jersey. You'll notice I haven't posted that. I don't have any plans to do so (at least directly) at this point. I note that your effort to report a Texas writer for doing so was utterly unsuccessful. The cops talked to the writer, concluded you were a liar or a troll and a nutcase, and told you to go conduct yourself accordingly, didn't they, Marc? When you report me to the State Bar, or the Attorney General's Office, or the DA, or the "Press," what makes you think you're going to get a different result? Let me tell you what I think, Marc: I think they are going to perceive you as being a troll, a liar, unusually dumb, or mentally ill. And I think they're apparently right.

🔍 j p baggins



# EXHIBIT 4

Edward McGuire a skeptic from Texas, made a comment on his blog "I see dead favicon", and he placed it next to a photo of Marc Stephens mother's house in Englewood, NJ.    The detective in Texas did nothing.    Later the head of a statue in my mother's front yard was cut off.

**Edward McGuire** · Oct 6 2011 · Public
I see dead favicons.
chromium

**Edward McGuire**   Oct 6 2011 · Public



More photos from Edward McGuire

← C 🔒 https://plus.google.com/u/0/photos/107233369038542877815/albums/posts



+You Gma Cavinov Documen Photos Pa Map More ▾          **There was a problem completing this action. Please try again.**

JOIN GOOGLE+          Edward McGuire is using Google+. Join Google+ to connect with the people who matter most.

 Edward McGuire

## Photos from posts

Photos of Edward McGuire
Photos from Edward McGu...
Edward McGuire's albums

Visible to **Recipients of the original posts** · 2 photos



©2011 Google · Terms · Content Policy · Privacy · English (United States) · Set region

a4

# EXHIBIT 4

Edward McGuire a skeptic from Texas, who believes Marc Stephens is bullying someone if he asked them to stop harassing, threatening, and telling cancer patients that they are about to die.


.://plus.google.com/107233369038542877815/posts



There was a problem completing this action. Please try again.

Search Google+

+1
1 share · Jacob Hogan

**Edward McGuire** · Dec 20, 2011 (edited) · Public
I have more information about the identity of Marc A. Stephens, a.k.a. "MAS", who has been bullying anyone who posts information critical of Stanislaw Burzynski and his so-called cancer cure.

Earlier today, I identified Mr. Stephens as the principal of MAS Web Design & Hosting. (see: https://plus.google.com/u/0/107233369038542877815/posts/FC2dfMJZZokR)

Mr. Stephens is also associated with Independent ...
Expand this post »

6 comments · Edward McGuire, Lisa Merritt, Shawn Eran, and Ross Ashley.

**Edward McGuire** · Marc Stephens contacted me personally to say that the address posted is not his residence and to ask me kindly if I would delete the address and the photo. His information and concern seemed real and I felt it was appropriate for me to honor the request.
Dec 20, 2011

**Edward McGuire** · Nov 30, 2011 (edited) · Public
I have discovered more about the identity of Marc A. Stephens, a.k.a. "MAS". Mr. Stephens has been bullying anyone who posts information critical of Stanislaw Burzynski and his so-called cancer cure.

EDIT: See also my second revelation about Mr. Stephen's identity.
(https://plus.google.com/u/0/107233369038542877815/posts/45GZRR2T5RB)

# EXHIBIT 5



**Ric** <rschiff@pacbell.net>                                                        11/12/12

to me ▾

Hi Marc.

I don't know if you are aware of it. but Dr. Burzynski's website was
"attacked" last Thursday. They looped the link back to Google. so every time
that someone tried to link to Burzynski's website. it took them back to
Google. We suspect our friends at the Skeptic Society as they are warning of
a "birthday present " for Dr. Burzynski.

I would like to talk to you if you're available. My cell is (925) 699-9116
and my home is (925) 672-2347.

Thanks.

Ric Schiff

*Ric Schiff, Administration Lieutenant*

San Francisco Police Department Airport Bureau
P.O. Box 8097 | San Francisco International Airport | San Francisco, CA 94128
**D** 650.821.7067 | **F** 650.821.7197 | Frederick.Schiff@flysfo.com

Ric Schiff



**mas mas** <mastephens1@gmail.com>                                                 11/13/12

to rschiff. bcc: Mary ▾

Not sure how I can help. If they are receiving death threats why not contact the FBI?

# EXHIBIT 6

Thanks for the measured reaction. I think we've had too many of these mob-like reactions in the skeptic community of late, one of these days its going to come back and bite somebody in the form of a libel lawsuit. Some of the Twitter conversations where Burzynski critics are directly shouting at current patients are becoming quite distasteful.

As skeptics we need to be careful about going in the direction the evidence is leading us, but no further along than it currently merits.

Posted by: Tim Farley | December 27, 2011 1:44 PM

# EXHIBIT 7

http://en.wikipedia.org/wiki/Paidika:_The_Journal_of_Paedophilia    Go    AUG  MAR  NOV

**9 captures**                                                         ◄ 14 ►

12 Aug 2010 - 7 Oct 2016                                            2010  2012  2014

* About this capture

# Paidika: The Journal of Paedophilia

From Wikipedia, the free encyclopedia

*Paidika: The Journal of Paedophilia* (1987–1995) was a journal published by the *Stichting Paidika Foundation* whose purpose was to promote the normalization of pedophilia. Its editor was Joseph Geraci and the editorial board included articles by writers Frits Bernard, Edward Brongersma, Vern L. Bullough, and D. H. (Donald) Mader, some of whom campaigned as pro-pedophile activists. [1]

## Mission statement



> The starting point of Paidika is necessarily our consciousness of ourselves as paedophiles...But to speak today of paedophilia, which we understand to be consensual intergenerational sexual relationships, is to speak of the politics of oppression...This is the milieu in which we are enmeshed, the fabric of our daily life and struggle...Through publication of scholarly studies, thoroughly documented and carefully reasoned, we intend to demonstrate that paedophilia has been, and remains, a legitimate and productive part of the totality of human experience.[2]

## Footnotes

1. ^ [1] (https://web.archive.org/web/20120314034540/http://www.againstsexualabuse.org/docs/ImplicationsOfKinseyReports.asp)
2. ^ Dallam, SJ (2001). "Science or Propaganda? An Examination of Rind, Tromovitch and Bauserman". *Journal of Child Sexual Abuse*. Vol (Haworth Press) **9; No. 3/4, pp. 109-134.**

Retrieved from "http://en.wikipedia.org/w/index.php?
title=Paidika:_The_Journal_of_Paedophilia&oldid=481764147"

Categories:  Dutch magazines │ Modern pederasty │ Pedophile activism

- This page was last modified on 13 March 2012 at 23:34.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of use for details.
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# EXHIBIT 7

Admitted in their Mission Statement by Skeptics Frits Bernard, Edward Brongersma, Vern L. Bullough, D.H. Donald Mader, James Randi, and Complainant ROBERT BLASKIEWICZ, JR.

"The starting point of Paidika is necessarily our consciousness of ourselves as Paedophiles".



# EXHIBIT 8



## About THCQ

The Houston Cancer Quack is a resource for researchers, writers, and patients examining Dr. Stanislaw Burzynski, the Burzynski Clinic, and the Burzynski Patient Group. It is run and maintained by a small group of volunteers, Skeptics for the Protection of Cancer Patients, who have grave concerns about the treatments available at the Clinic, the appropriateness of charging cancer patients exorbitant fees to start a treatment that remains unproven after **35+ years**, and who urge patients to steer clear of antineoplastons until Dr. Burzynski publishes the results of a Phase III randomized controlled trial of ANP in a respectable journal.

Our header is a very clever reference to an intimidation tactic employed by Marc Stephens, a sometime-employee of Burzynksi, against a teenaged blogger, Rhys Morgan. Stephens sent Rhys Google images of his home and threatened to contact Rhys' school. Such thuggery is unacceptable.

Search

### Recent Posts
- Burzynski License Suspended, Suspension Stayed, Assigned Baby-sitter, Ethics Training
- The Burzynski Clinic Sends the FBI after a Critic
- Texas Medical Board's Opening Statement
- Burzynski Trial: Don't Be So Quick to Cite Living Proof
- Stanislaw Burzynski Faces Judge on November 19th

### Archives
- March 2017
- September 2016
- November 2015
- October 2015
- July 2014

# EXHIBIT 9

# The OTHER Burzynski Patient Group

Their silence is deafening.

5TH MEMBER OF BURZYNSKI STAFF FACES TMB COMPLAINT  | ABOUT TOBPG | ADVICE FOR BURZYNSKI PATIENTS | BURZYNSKI SENDS THE FBI AFTER A CRITIC

CANCER PATIENTS THREATENED | DAMNING FDA FINDINGS ABOUT STAN SLAW BURZYNSKI'S TRIALS | FDA INSPECTION (FOIA REQUESTS, FEB 2012)

STANISLAW BURZYNSKI COMPARES WRONGED PATIENTS TO "PROSTITUTES" | TMB FILES CHARGES AGAINST GREG BURZYNSKI AND 2 MORE MDS

# About TOBPG

Stanislaw Burzynski is a physician based out of Houston who administers a chemotherapy called "antineoplastons." They have never, in 36 years, demonstrated efficacy or safety. Nonetheless, Burzynski charges patients hundreds of thousands of dollars for this unproven treatment. The way that it is framed is that they are entering "clinical trials," but the man has never, ever published the final results of a single clinical trial. Instead, what we see is a string of abandoned trials--more than 60 at this point, none of them even at the stage that they might demonstrate efficacy. His only phase III trial, the type that would demonstrate efficacy, is not accepting patients as of this writing despite being approved for over 2 years. (Even though many recent patients seem to think that they are entering phase III trials.)

Of the thousands of patients who have gone to him and emptied their bank accounts at his feet, a very, very few have survived. This does not mean that he has cured them; in fact, when you look at the cases closely, you find reasons to doubt that he has cured anyone at all. Of course, the few patients who have survived this shonky treatment have become full-time advocates of Burzynski, and he has acquired something of a cult-leader status.

From the position of an informed patient advocate, everything about the Burzynski Clinic reeks of medical charlatanry. He is not a trained oncologist, but he is treating cancer. He posits a novel mechanism for cancer (a patient's lack of antineoplastons) that is unrecognized in the medical literature as a cause. His ANP is marketed as an alternative to chemotherapy, but he gives patients chemo cocktails mixed with "terrifying" doses of sodium phenylbutyrate, mixtures that have not been adequately tested for safety and which causes hypernatremia in his patients. He has sold ANP not only as a cancer treatment, but also as an HIV treatment--an unjustified action for which he was severely disciplined by the Texas Medical Board. Checks for donations that are meant to go "toward the continuation of the Clinical Trials and Research" are to be made out directly to "S.R. Burzynski, M.D., Ph.D." He has initiated over 60 phase II studies over the decades and seems to have published exactly zero of them. Three independent investigations, published together in The Cancer Letter, concluded that his studies were "uninterpretable."

An important sign of quackery is the depiction of the doctor as a lone genius fighting against special interests trying to suppress crusading work. This is, of course, bunk. What is routinely cited as evidence of a vast conspiracy against Burzynski is the routine prosecution of a run of the mill repeat offender. Nonetheless saying that he has sinister forces arrayed against him gives Burzynski an excuse to never produce evidence of efficacy that could be tested by an outside group.

There is something distinctly aberrant about Burzynksi's supporter base, and a cult of personality surrounds the man unlike anything we have seen in other medical schemes. At the root of cults is a psychological dependence on the leader, and Burzynski's cult nurtures his patients' dependence on him by making them fear and distrust modern medicine, stripping away desperately ill patients' hope in legitimate, tested therapies and substituting them with his "treatment". Abominable.

## STANISLAW BURZYNSKI'S 50 MOST RECENT PATIENTS

- Burzynski Patient Eduardo M.'s Story
- Burzynski Patient Marie F.'s Story
- Burzynski Patient Wilma G.'s Story
- Burzynski Patient Zackery E.'s Story
- Burzynski Patient Brandon B.'s Story
- Burzynski Patient Miki B.'s Story
- Burzynski Patient McKenzie L.'s Story
- Burzynski Patient Alyssa A.'s Story
- Burzynski Patient Cari U.'s Story
- Burzynski Patient Laura L.'s Story
- Burzynski Patient Carol M.'s Story
- Burzynski Patient Amelia S.'s Story
- Burzynski Patient Priscilla P.'s Story
- Burzynski Patient Alice C.'s Story
- Burzynski Patient Courtney H.'s Story
- Burzynski Patient Chelsea S.'s Story
- Burzynski Patient Derek W.'s story
- Burzynski Patient Amelia S.'s Story
- Burzynski Patients, Legal Threats and a False DMCA Takedown Notice
- Burzynski Patient Sen. Ed G.'s Story
- Burzynski Patient Derek T.'s Story
- Burzynski Patient Rebecca L.'s Story
- Burzynski Patient Janet C.'s Story
- Burzynski Patient Douglas W.'s Story
- Burzynski Patient Elke B.'s Story
- Burzynski Patient Sophie M.'s Story
- Burzynski Patient James W.'s Story
- Burzynski Patient Holly G.'s Story

## DISCLAIMER

This website is sponsored by the Skeptics for the Protection of Cancer Patients. It is NOT affiliated with the Burzynski Patient Group, the Burzynski Clinic, or the Burzynski Research Institute. Those are all awful. Nor does this site mean to represent the views of any of the Clinic's current or former patients or those of their families or loved ones. All information posted here was either freely available online or in the press at the time of writing. Please follow the links included and hear the patients' stories in their own words as well.

To the best of the editors' knowledge all statements are accurate, and it is believed that all source use falls under fair use for critical commentary. Factual inaccuracies will be corrected immediately, provided evidence to the contrary. Disagreements over interpretation do not count as errors.

The editors wish to thank Ken White of Brown White & Osborn LLP, and who writes at @Popehat, for pro bono representation and advice regarding First Amendment and free speech issues.

### META

- Register
- Log in
- Entries feed
- Comments feed
- WordPress.com

### SEARCH

### OLDER POSTS

- Burzynski Patient Rachael M's Story

Instead of evidence garnered from clinical trials published in peer-reviewed journals, Burzynski relies heavily on patient testimonies to peddle his wares. Testimonials are no substitute for controlled clinical trials. No matter how many testimonials Burzynski and his patients put forward, no matter how passionate and moving those stories are, no matter how grateful and indebted his patients feel toward him, the fact remains that no amount of bad evidence is equal to a single piece of good evidence. He has had over 35 years to produce that single piece of good evidence and has utterly failed to do so. This, however, has not stopped him from charging $30,000 for an initial visit to his clinic and $7,000 per month for treatment thereafter. At least that's the quote that one of his most recent victims was given. (A curious side note to this case: the above cited article reports, "The [Burzynski clinic] has currently been approved for Phase III Clinical Trial for Antineoplastons treatment and Mackey's brain tumor met the criteria to be accepted as a patient in the trial." When you look at the entry for the clinics only Phase III trial at clinicaltrials.gov, the current status of that study is "Not Yet Recruiting." What was this family told, I want to know?)

As you might expect, many people cannot afford the cost of Burzynski's treatment, which routinely reaches more than $100,000, and when that happens, they often make desperate appeals to the public so that they can make the trip to Houston. A year ago, when Marc Stephens started going after critics of the clinic, after seeing the testimonials of patients who appeared in ad man Eric Merola's infomercial *Burzynski* (reviewed here by a horrified surgical oncologist and patient advocate), and after looking at the collection testimonials on the Burzynski patient group website, I wanted to see an unbiased sample of Burzynski's patients. When you select your sample group by outcome, you are going to produce a very skewed view of the treatment. (This is the Texas sharpshooter fallacy, essentially drawing a bullseye around a bullet hole.) We went to archival databases to see if we could the patients who appeared in the press begging for money to see Burzynski. When we did, we found that with a single exception, **every damned patient we could find in the LexisNexis Academic database who had appeared in the press begging for money to see Burzynski and whose outcome we could find had died.** When his supporters don't select the cases you get to see, a very, very disturbing picture of his practice emerges.

If Burzynski has a cure--or even a viable treatment--it is a moral imperative that he completes a phase III clinical trial that can be reproduced by other researchers, otherwise all of the other deaths his treatment would have prevented are on his hands. If he is being honest about his treatment, he is apparently OK accepting responsibility for those deaths.

*If you want to help protect patients, the best thing that you can do right now is WRITE about Burzynski, putting as many relevant search terms into your title and text as you meaningfully can. You can also make a point of linking to sites that have reliable information about what really goes on at Burzynski's clinic. Don't link directly to the man, his site, or his patients' sites. We need to clog the channels that people usually use to reach this clown with reliable information.*

**[UPDATE: A new campaign has been launched to inform Congress of Burzynski's history and practices. Visit thehoustoncancerquack.com for suggestions about how to help end this unremitting nightmare.]**

For information about this website or the Skeptics for the Protection of Cancer Patients, contact Bob Blaskiewicz. This site is not funded by any entity, and if anyone tried to sponsor it, we tell them to pound sand.



**Share this:**

✉ Email   🐦 Twitter   📘 Facebook   Reddit

★ Like   👍

One blogger likes this.

- Burzynski Patient Henry H.'s Story
- Burzynski Patient Andrew S.'s Story
- Burzynski Patient Andrew B.'s Story
- Burzynski Patient Amanda C.'s Story
- Burzynski Patient Claire F.'s Story
- Burzynski Patient Kyla F.'s Story
- Burzynski Patient Hannah H's Story
- Burzynski Patient Keith G.'s Story
- Burzynski Patient Laurye L.'s Story
- Burzynski Patient Briannah O.'s Story
- Burzynski Patient Ryan W.'s Story
- Burzynski Patient Josia C.'s Story
- Burzynski Patient Sharie M.'s Story
- Burzynski Patient Ryszard C.'s Story
- Burzynski Patient Kuly R.'s Story
- Burzynski Patient Sen. Ed G.'s Story
- Burzynski Patient Cody G.'s Story
- Burzynski Patient Christy M.'s Story
- Burzynski Patient Tracy H.'s Story
- Burzynski Patient Pam D.'s Story
- Burzynski Patient Adam M.'s Story
- Burzynski Patient Nolan L.'s Story
- Burzynski Patient Taylor M.'s Story

**ALL OF STANISLAW BURZYNSKI'S PATIENTS**

- August 2017
- February 2016
- January 2016
- December 2015
- September 2015
- August 2015
- April 2015
- March 2015
- February 2015
- January 2015
- December 2014
- October 2014
- September 2014
- July 2014
- May 2014
- March 2014
- January 2014
- December 2013
- November 2013
- October 2013
- September 2013

# EXHIBIT 10

This is Google's cache of http://www.presstelegram.com/columnists/ci_20360511/indira-hale-tucker-visionary-and-role-model-dies. It is a snapshot of the page as it appeared on Aug 2, 2013 11:45:58 GMT. The current page could have changed in the meantime. Learn more
Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.

Text-only version





Home   News   Sports   Business   Opinion   Entertainment   Help   Info        Place An   Shopping   Classifieds   Jobs   Autos   Homes   Obits   Directories



**Ask About this Story**
Have a question about something
in this story? Ask it here and get
answers from readers like you.

🔖 BOOKMARK  ⎙ Print  ✉ Email  Font Resize

## Indira Hale Tucker, visionary and role model, dies at 68

By Rich Archbold
Posted:  04/09/2012 09:31:02 PM PDT
Updated:  04/09/2012 09:32:25 PM PDT

**Recent Blog Posts**

**Most Views**

1. Man who jumped
   off Long Beach's
   Belmont Pier on
   life support
2. Quick action,
   good luck, lead to
   rescue of man
   who jumped from
   Belmont Pier
3. Politics could pit
   Lowenthals
   against one
   another
4. Man on 'Sole
   Searching'
   mission to run
   every street in
   Long Beach
5. Two arrested in
   Long Beach
   homicide case
6. Clarence Smith,
   second black
   person elected to
   Long Beach
   council, dies
7. Lakewood's
   Timeless Pints
   enters microbrew
   scene
8. Elon Musk unveils
   plans for the
   Hyperloop, a
   futuristic
   transportation
   system
9. Long Beach Poly
   coaches thrilled
   at Brian Banks'
   NFL debut

**More News**

Updated: August 01, 2013
Dave Thacker, Long Beach

Indira Hale Tucker considered herself to be a
citizen of the world, but her heart belonged to
Long Beach and Hawaii.

"She loved them both so much," said Doris
Topsy-Elvord, former Long Beach City Council
member, harbor commissioner and longtime
friend of Tucker, 68, who died of natural causes
in her home Sunday.

"Indira was a visionary who sought to inspire and
educate our youth through reading of their past,"
Topsy-Elvord said. "Her legacy was to initiate and
archive the history of African-Americans in Long
Beach to make a better place for all. For this, we
will be eternally grateful."

Beverly O'Neill, a former Long Beach mayor,
called Tucker "a pioneer and role model who
appeared to be delicate physically but was strong
in her passion for young people and history."

Tucker, the wife of former Superior Court Judge
Marcus Tucker, loved reading and researching
the history of people of all cultures.



Indira Hale Tucker

While reading an official history of Long Beach in the late 1980s, Tucker said she was
"flabbergasted" to find only three words about the city's African-American community: "11 percent
African American."

She and others in the black community, including Topsy-Elvord and Aaron Day, a genealogist,
went about to change that by getting personal accounts, newspaper stories and family
photographs from African-American Long Beach residents.

The result was an authoritative book published in 2007 and co-edited by Tucker and Day, "The
Heritage of African Americans in Long Beach: Over 100 Years." Tucker and Topsy-Elvord were
co-founders of the African American Heritage Society of Long Beach.

"She was very passionate about books and reading and developing that love in young people,"
said Judge Tucker, who was the first African American to serve as presiding judge of the Long
Beach Municipal Court in 1977.

Indira and Judge Tucker were married in 1965. On May 28, they would have celebrated their 47th
wedding anniversary. They have one daughter, Angelique, who lives in Hollywood.

Indira, named after Indira Gandhi, the late prime minister of India, was born in New York City and
was in San Diego for a short while before moving to Hawaii when she was two. She grew up on
the Big Island and went to the same high school as President Obama.

In a draft of a personal autobiography to be published next year, Tucker said she was
"extraordinarily lucky to have been raised by parents with an international vision." Her mother,
Helene Hale, had a pioneering career as a public official in Hawaii and was elected to the Hawaii
state House of Representatives. She still lives in Hawaii.

To preserve her mother's legacy in Hawaii, Tucker organized the Helene Hale Collection on

# EXHIBIT 11

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARC A. STEPHENS,<br>Plaintiff,<br>v.<br><br>THE HON. EDWARD A. JEREJIAN, in his<br>Official Capacity as Judge of the Superior<br>Court of Bergen County;<br>CHIEF ARTHUR O'KEEFE, as an<br>individual, and in his Official Capacity as<br>Chief of the Englewood, New Jersey Police<br>Department<br>JOHN JAY HOFFMAN in his Official<br>Capacity as Attorney General of New Jersey<br>Defendants | CASE NO.<br>COMPLAINT<br>DEPRIVATION OF CIVIL RIGHTS<br>UNDER COLOR OF LAW<br><br>ORAL ARGUMENT REQUESTED |

RECEIVED
DEC 2 2 2014
AT 8:30_____M
WILLIAM T. WALSH, CLERK

COME NOW Plaintiffs Marc Stephens, pro se, and complains as follow:

1. This is an action arising under (1) 42 U.S.C. § 1983, (2) the New Jersey Civil Rights Act, N.J.S.A. 10:6-1, et seq., (3) Article I, Paragraphs 1, 5, 7, 12, 18, and 21 of the New Jersey Constitution, and (4) the First, Second, Fourth, Fifth, Eighth, Ninth, Tenth, and Fourteenth Amendments of the United States Constitution concerning the State of New Jersey's regulations regarding the issuance of "Permits and Licenses" to purchase and carry firearms (the "Firearm Laws"). Plaintiff seeks declaratory judgment and injunctive relief.

## INTRODUCTION

2. The State of New Jersey's Firearm Laws, including but not limited to: N.J. Stat. §2C:39-2, 2C:39-3, 2C:39-4, 2C:39-5, 2C:39-6, 2C:39-9, 2C:39-14, 2C:58-3, 2C:58-3b, 2C:58-3c, 2C:58-3c(5), 2C:58-3d, 2C:58-3e, 2C:58-3f, 2C:58-3h, 2C:58-3i, 2C:58-3j, 2C:58-4a, 2C:58-4b, 2C:58-4c, 2C:58-4d, 2C:58-4f, 2C:58-5, 2C:58-6.1, 2C:58-7, 2C:58-10, 2C:58-12, 2C:58-15, 2C:58-17, 2C:58-19, and related statues such as N.J.A.C. 13:54, are all facially unconstitutional because each statue was motivated by and passed through legislature based on racism and discrimination which are violations of the First, Second, Fourth, Fifth, Eighth, Ninth, Tenth, and Fourteenth Amendments of the United States Constitution.

3. Because each statue regulate the issuing of permits and licenses to purchase and carry arms, firearms, and ammunition each statue is in violation of the first, second, fourth, fifth, ninth, tenth, and fourteenth amendment of the United States Constitution.

4. The root of New Jersey's firearm regulations requiring such as "permits", "licenses", "good character", "good cause", "good repute in the community", "public health safety and welfare", "need", "justifiable need", "urgent necessity for self-protection", "exemptions", and "limitations" are derived from slavery, motivated by racism and discrimination, and are vague or stealthy words and requirements that allows abuse of discretion, operates as a prior restraint, and a vehicle to infringe, limit, restrict, and ban firearms. State v. Newsom, 27 N. C. 250 (1844) "an act to prevent free persons of color from carrying fire arms." is not unconstitutional".

7012 2920 0002 2590 0133      Stephens v Jerejian et al

# EXHIBIT 12

# The OTHER Burzynski Patient Group

Their silence is deafening.

| 5TH MEMBER OF BURZYNSKI STAFF FACES TMB COMPLAINT | ABOUT TOBPG | ADVICE FOR BURZYNSKI PATIENTS | BURZYNSKI SENDS THE FBI AFTER A CRITIC… |

| CANCER PATIENTS THREATENED | DAMNING FDA FINDINGS ABOUT STAN SLAW BURZYNSKI'S TRIALS | FDA INSPECTION (FOIA REQUESTS: FEB 2012) |

| STANISLAW BURZYNSKI COMPARES WRONGED PATIENTS TO 'PROSTITUTES' | TMB FILES CHARGES AGAINST GREG BURZYNSKI AND 2 MORE MDS |

## Burzynski sends the FBI after a critic…

In November 2013, in the days after devastating FDA Form 483s (investigation notes) that illustrated decades of incompetence at the Burzynski Clinic were released on the web, and just days before the damning USA Today investigation into the Clinic was due to be released, the reporter investigating the Clinic told me about an allegation that I had threatened the Clinic and that it was being reported to the FBI. Apparently, the Clinic was anticipating my appearance in the upcoming article and was trying to get ahead of the coverage. If you can't fight the message  I imagine, attack the messenger. And, if you are about to be ripped apart on the front page of the paper with the highest circulation in the country, make sure that the FBI has launched a criminal investigation into your critics to make it seem like you are being threatened by dangerous people, and not merely by curious writers with time to muckrake and a colossal amount of damning evidence.

The only problem with the little scheme is that I was not in the USA Today article. I did not know what was going to be in the article. Skeptics had no means (other than the quality of our own research) to anticipate what the journalist would report. When the article came out, I didn't recognize the names of any of the experts cited in it  Every point in that investigation was made and verified by people who were not associated with the skeptic movement.

I contacted Ken White, an attorney with Brown White & Osborn who blogs at Popehat.com  Ken has a strong commitment to First Amendment issues and has helped numerous bloggers who have found their free speech threatened; he helps either by directly representing them or by helping them find representation in their jurisdiction. Also  not-a-lawyer Marc Stephens, who had been threatening

### STANISLAW BURZYNSKI'S 50 MOST RECENT PATIENTS

- Burzynski Patient Eduardo M's Story
- Burzynski Patient Marie F's Story
- Burzynski Patient Wilma G's Story
- Burzynski Patient Zackery F's Story
- Burzynski Patient Brandon B's Story
- Burzynski Patient Miki B's Story
- Burzynski Patient McKenzie L's Story
- Burzynski Patient Alyssa A's Story
- Burzynski Patient Cari U's Story
- Burzynski Patient Laura L's Story
- Burzynski Patient Carol M's Story
- Burzynski Patient Amelia S's Story
- Burzynski Patient Priscilla P's Story
- Burzynski Patient Alice C's Story
- Burzynski Patient Courtney H's Story
- Burzynski Patient Chelsea S's Story
- Burzynski Patient Derek W's story

### DISCLAIMER

This website is sponsored by the Skeptics for the Protection of Cancer Patients. It is NOT affiliated with the Burzynski Patient Group, the Burzynski Clinic, or the Burzynski Research Institute. Those are all awful. Nor does this site mean to represent the views of any of the Clinic's current or former patients or those of their families or loved ones. All information posted here was either freely available online or in the press at the time of writing. Please follow the links included and hear the patients' stories in their own words as well.

To the best of the editors' knowledge all statements are accurate, and it is believed that all source use falls under fair use for critical commentary. Factual inaccuracies will be corrected immediately  provided evidence to the contrary. Disagreements over interpretation do not count as errors.

The editors wish to thank Ken White of Brown White & Osborn LLP, and who writes at @Popehat  for pro bono representation and advice regarding First Amendment and free speech issues.

critics of the Burzynski Clinic, had threatened actually-a-lawyer Ken in the past (with hilarious, highly quotable consequences). I immediately sent Ken a note, because I was very worried about what the reporter had said. I should note that I got permission to reveal my conversations with Ken – which normally you shouldn't do – and I'm not waiving any attorney-client privilege over other conversations. He sent back an email:

 Bro:
1. DON'T PANIC
2. DON'T PANIC. Again
3. DON'T TALK TO ANYONE
4. Let's talk
Can you talk by phone this afternoon?

I explained the situation to Ken, and over the next few days, he kept me from losing my cool and reminded me that I had every right to continue writing about the Clinic and its legacy, as seen in this email exchange:

### KEN:
 1. Don't panic
2. Realize it's not as bad as you fear.
3. Stop doing any bad things you are doing. [For the record, I wasn't doing anything bad.]
4. Do any good things you can do, as approved by your legal adviser.
5. Don't panic.
6. Don't talk to people about it.
7. Don't panic.

[I was learning that a big part of a defense attorney's job is keeping their clients from hurting themselves by acting out of panic.]

### BOB:
 Cool
Should I continue to write about the Clinic and its various shenanigans? Do I do a report on the [USA Today article, which was out by this time] by Virtual Skeptics tomorrow night, which is how people are expecting? Does that count as good?

### KEN:
 Yes. Absolutely, yes!

If there is anything to learn from quacks is that when you are challenged, you

- Burzynski Patient Amelia S.'s Story
- Burzynski Patients, Legal Threats and a False DMCA Takedown Notice
- Burzynski Patient Sen. Ed G.'s Story
- Burzynski Patient Derek T.'s Story
- Burzynski Patient Rebecca L.'s Story
- Burzynski Patient Janet C.'s Story
- Burzynski Patient Douglas W.'s Story
- Burzynski Patient Elke B.'s Story
- Burzynski Patient Sophie M.'s Story
- Burzynski Patient James W.'s Story
- Burzynski Patient Holly G.'s Story
- Burzynski Patient Andrew S.'s Story
- Burzynski Patient Andrew B.'s Story
- Burzynski Patient Amanda C.'s Story
- Burzynski Patient Claire F.'s Story
- Burzynski Patient Kyla F.'s Story
- Burzynski Patient Hannah H's Story
- Burzynski Patient Keith G.'s Story
- Burzynski Patient Lauryo L.'s Story
- Burzynski Patient Briannah O.'s Story
- Burzynski Patient Ryan W.'s Story
- Burzynski Patient Josia C.'s Story
- Burzynski Patient Sharie M's Story
- Burzynski Patient Ryszard C.'s Story
- Burzynski Patient Kuly K.'s Story
- Burzynski Patient Sen. Ed G.'s Story
- Burzynski Patient Cody G.'s Story
- Burzynski Patient Christy

## META
- Register
- Log in
- Entries feed
- Comments feed
- WordPress.com

## SEARCH
Q

## OLDER POSTS
- Burzynski Patient Rachael M's Story

double down and charge harder. Now, at this point we did not know if anything was actually going to happen. I assumed that Burzynski had gone to the FBI. And then on November 20, just as the insane jabs of fear were coming farther and farther apart, I wrote to Ken:

**BOB:**

66 I got a call from a number in Atlanta that I did not recognize. picked it up, and a recorded voice said: "The FBI reports [my heart stops] that a house is broken into every 6 minutes. We will be happy to put a free sign in your yard indicating that you have a home security system. Just provide your address." [heart starts up again] *click*. Not cool. lol transfers not cool [...]

**KEN:**

66 Sorry, but I lol-ed. That's why you can't panic.

I touched base with Ken about once a month to let him know that nothing was happening. In fact, I heard nothing at until March 28th, many months later, when an FBI agent left a message on my work phone. I actually never talked to the guy. Ken did:

66 OK. Talked to him. He was friendly. He was asked by another office – he didn't specify which one – to contact you. Probably Texas explained I represent you and would coordinate any response. and invited him to give the other office my name and phone number. He didn't seem familiar with why he was asked to reach out to you. Through one cannot be certain that strongly suggests they aren't going after you. So, for now, I will wait for a call. If anyone contacts you, politely say "I'm represented by an attorney, Ken White at [phone number] and I'd like to talk to him; or you are free to call him." I'm not going to speak without him.

I had that written on a little slip of paper in my wallet for months. On April 11th, Burzynski gave me a late birthday present. It came in the form of an email from Ken:

66 Update. Got a call from an FBI agent in Texas. He was very casual. The phrase "looks like a First Amendment issue" but we just have to check things out" was used. That's encouraging.

It turned out that the Burzynski Clinic had complained to the FBI about my web show, The Virtual Skeptics. As I described the relevant clip to Ken:

M. s Story

- Burzynski Patient Tracy H. s Story
- Burzynski Patient Pam D. s Story
- Burzynski Patient Adam M. s Story
- Burzynski Patient Nolan L. s Story
- Burzynski Patient Taylor

M. s Story

**ALL OF STANISLAW BURZYNSKI'S PATIENTS**

- August 2017
- February 2016
- January 2016
- December 2015
- September 2015
- August 2015
- April 2015
- March 2015
- February 2015
- January 2015
- December 2014
- October 2014
- September 2014
- July 2014
- May 2014
- March 2014
- January 2014
- December 2013
- November 2013
- October 2013
- September 2013
- August 2013
- July 2013
- June 2013
- May 2013
- April 2013
- March 2013
- February 2013
- January 2013

**CATEGORIES**

> I was reporting on the FDA's 483s […], which revealed a host of
> violations including overdoses, destroying tumor measurements, all
> sorts of horrible stuff. I was conveying the idea that the revelations
> were devastating to the clinic and that Eric Merola had to recut the
> entire of his new movie, and I used an iPad special effects app to
> show a missile strike on the clinic.

So, by talking about Eric Merola's crummy movie (and by improving on his
special effects by orders of magnitude) I'm apparently a terrorist who deserves to
be contacted by the Terrorism Joint Task Force of the FBI. I shared everything
that I had with the FBI through Ken, as I had nothing to hide. I never heard from
the FBI again. I never talked to them. They never asked to interview me.

It turns out you can request your FBI file. What's in mine is sort of staggering.
Burzynski sent a letter to the Houston FBI office that read:

> To Whom It May Concern,
>
> Please allow Mrs. Carolyn Powers to file the complaint with the FBI
> while I am away in San Francisco at a conference. It was extremely
> disturbing to find out the latest of what Mr. Robert Blaskiewicz would
> like to do to us. He seems like a psychopath that will not stop until we
> are dead and the Burzynski Clinic is destroyed. He has harassed me
> and my clinic for years.
> Thank you for your help.
> Stanislaw R. Burzynski, M.D., Ph.D.

Years after the fact I still read this and shake my head. My heart goes all aflutter
when I get a call from telemarketers about home security, for crying out loud.
Before I ended up on the Burzynski beat, I wouldn't think that someone could do
this to another human in good conscience. I was not completely comfortable in
my own skin for a year after I heard about the complaint, and I still feel the
occasional rush of dread at the memory of that time. And then I send out a few
more emails.

I have occasionally received threats at this site from angry former Burzynski
patients, and I truly regret that, but I don't take down stories. And when they have
threatened me with legal action, Ken has kindly fielded their concerns with

- Antineoplaston
- astrocytoma
- brain stem glioma
- breast cancer
- Burzynski
- Burzynski Clinic
- Burzynski Movie
- California
- cancer
- gene targeted therapy
- New Mexico
- New York
- PNET
- Uncategorized

a18

sensitivity and tact and firmness.

I am very grateful for Ken's representation, all of which he did pro bono. You can find him here: http://brownwhitelaw.com/kenneth-p-white/

As a further show of support for what Ken does, I donate to one of Ken's preferred charities, FIRE, which promotes and protects free speech on campus. They do good work, and I suspect will be very busy during this contentious campaign season. http://www.thefire.org/

If you want to see why we are so appalled by the Burzynski Clinic in the first place, read the story of Burzynski patient Amelia S.

**Share this:**

✉ Email   🐦 Twitter   𝐟 Facebook   ⚆ Reddit

★ Like   
One blogger likes this.

---

**DISCLAIMER**

This website is sponsored by the Skeptics for the Protection of Cancer Patients. It is NOT affiliated with the Burzynski Patient Group, the Burzynski Clinic, or the Burzynski Research Institute. Those are all awful. Nor does this site mean to represent the views of any of the Clinic's current or former patients or those of their families or loved ones. All information posted here was either freely available online or in the press at the time of writing.

To the best of the editors' knowledge

**VISITORS**

🔗 Site Meter

# EXHIBIT 13

See video inside of flash drive



# EXHIBIT 14

**ENGLEWOOD POLICE**
75 SOUTH VAN BRUNT STREET
201-568-2700
ENGLEWOOD, NJ 07631

**INVESTIGATION REPORT**

Municipal Code: 0215
ORI: NJ0021500

| DEPARTMENT CASE NUMBER | | MUN. CODE | PHONE NUMBER | | UCR | DEPARTMENT ARREST NUMBER | | |
|---|---|---|---|---|---|---|---|---|
| I-2014-002911 | | 0215 | 201-568-2700 | | | | | |

| CRIME/INCIDENT | | | NJS | VICTIM NAME(Last Name, First Name, MI) | | | | DOB |
|---|---|---|---|---|---|---|---|---|
| HARASSMENT | | | 2C:33-4 | STEPHENS, MARC ANTHONY | | | | |
| STALKING | | | 2C:12-10 | | | | | |

| | | | | | SSN NO. | | AGE | SEX | RACE | | ETHNICITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 40 | M | B | | N |

| DATE | BETWEEN | HOUR | MONTH | DAY | YEAR | VICTIM'S HOME ADDRESS | | | PHONE |
|---|---|---|---|---|---|---|---|---|---|
| AND | ☑ | 12:00 | 05 | 12 | 2012 | 271 ROSEMONT PL, ENGLEWOOD NJ 07631 | | | |
| TIME | | 15:45 | 02 | 11 | 2014 | | | | 562-843-9398 |

| CRIME/INCIDENT LOCATION | EMPLOYER | PHONE |
|---|---|---|
| 271 ROSEMONT PL, ENGLEWOOD NJ 07631 | HAS ACQUISITIONS | |

| MUNICIPALITY | COUNTY | CODE | PERSON REPORTING CRIME | DATE AND TIME |
|---|---|---|---|---|
| ENGLEWOOD CITY | BERGEN | 0215 | STEPHENS, MARC A. | 02/11/2014 20:36 |

| TYPE OF PREMISES | WEAPONS - TOOLS | ADDRESS | PHONE |
|---|---|---|---|
| Dwelling | | 271 ROSEMONT PLACE, ENGLEWOOD NJ 07631-3807 | 562-843-9398 |

**MODUS OPERANDI**
VICTIM ALLEGES NUMEROUS INCIDENTS IN WHICH HE IS THE VICTIM OF STALKING AND HARASSMENT BY AN ORGANIZED GROUP WHO IS RETALIATING AGAINST HIM FOR WORK RELATED MATTERS. .

| VEHICLE | | YEAR | MAKE | MODEL | | BODY TYPE | | COLOR | REG. PLATE -STATE | VIN | | | VEHICLE VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

| VALUE STOLEN PROPERTY | CURRENCY | | JEWELRY | | FURS | | CLOTHING | | AUTO | | MISC. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| TOTAL VALUE STOLEN | | TOTAL VALUE RECOVERED | | TELETYPE ALARM | | TECHNICAL SERVICES | | TECHNICAL AGENCY | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| WEATHER | | SIC | | NIC | | ASSISTING AGENCIES | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| NO. OF ACCUSED | ADULT | JUVENILE | STATUS CRIME | STATUS CASE | UCR STATUS | DATE CLEARED |
|---|---|---|---|---|---|---|
| | | | | | | |

**NARRATIVE**

2014-000193

On 02/11/14 at 1545 hours I interviewed Marc A. Stephens regarding various incidents which he alleges occurred from December 2011 through the date of this report. Stephens' claims were documented in his application for a Firearms Purchaser Identification Card and Handgun Purchase Permit. I was asked by Detective Captain Tim Torell to ascertain whether any of these incidents were reported to the Englewood Police Department and if so the results of any investigations that took place.

Marc Stephens explained that the following incidents occurred within the City of Englewood:
(1) On an ongoing basis his residence is "bugged" resulting in his conversations being monitored, as is the case with his cellular phone.
(2) His computers have been attacked with various viruses and tracking devices have been installed.
(3) On or about May 12, 2012 a woman knocked on his door and asked him if he wanted the "dead wood" in his backyard. Because there was no dead wood in his yard he believes she was there to harass or intimidate him.
(4) Approximately two weeks after the incident with the dead wood, a man knocked on his door and asked him if he was interested in buying steaks. Because this is not customary he believes this individual was there to harass or intimidate him.
(5)  In September of 2012 all four tires on his vehicle were slashed while the vehicle was parked in the driveway. Stephens stated that he had to replace all four tires but did not provide me with any documentation to confirm said repairs.
(6) In December of 2012 a statue located in his front yard was discovered with the head chopped off.
(7)  In June of 2013 Stephens' cell phone rang at 2:00 AM, the phone number displayed was that of the school his niece and nephew attend, which is located in South Jersey. Because he has no affiliation whatsoever with this school he feels this was a message sent to indicate that his family was in danger. The children were...

| NAME | DATE OF REPORT | REVIEWED BY | | SIGNATURE |
|---|---|---|---|---|
| DETECTIVE SERGEANT FULICE, FRED 169 | 02/11/2014 | A/DETECTIVE CAPTAIN TORELL, TIMOTHY | 120 | |

Page  1  Of  2

a21

**ENGLEWOOD POLICE**        **INVESTIGATION REPORT**
75 SOUTH VAN BRUNT STREET                                    Municipal Code: 0215
201-568-2700                                                      ORI: NJ0021500
ENGLEWOOD, NJ 07631                    INCIDENT # : I-2014-002911

not harmed and according to Stephans no emergency existed at their school.
(8) In July of 2013 an individual was parked in front of his residence and taking photographs of the
house. When confronted this individual stated that he was working for "the mortgage company." When
asked the name of the          mortgage company the individual could not provide the correct answer.
Stephans called the mortgage company          who could not confirm that they sent someone to the
house to take photographs. He believes this individual was          there to harass or intimidate him.
(9) On July 11, 2013, Stephans observed a white van with tinted windows parked outside his residence.
When the          operator of the van observed Stephens at the front door the van quickly fled the
area.
(10) On July 11, 2013, Stephans received numerous calls on his cell phone from an unknown voice
stating that his funeral   would be coming soon. Stephens was unable to provide me with voice mail
messages or a phone number from which the calls originated.
(11) On August 1, 2013, a dead raccoon which had been stabbed multiple times was found on his rear
porch.

I asked Marc Stephens if he reported any of these incidents to the Englewood Police at the time they
occurred. Stephens explained that he did not for two reasons. The first reason is because every time
he had reported an incident to the police, the "Skeptic Society" has retaliated, specifically by
killing his mother-in-law in April of 2012 and his wife's grandmother in February of 2013. The second
reason is that he believes the "Skeptic Society" has infiltrated all law enforcement agencies and as
such contacting the police would certainly result in further retaliation. I conducted an internet
search on Indira Hale-Tucker and Helene Hale in an effort to determine if their death was a result of
a crime. I discovered that both women died of natural causes at the ages 68 and 94 respectively.

Stephens stated that on January 10, 2013 he informed Sergeant George Alston of the Englewood Police
Department of his situation and Alston told him that Police Officers are "not responsible for
individuals being harassed or whose life has been threatened." I asked Sergeant Alston about
Stephens' claim that he attempted to report these incidents to him on January 10, 2013. Sergeant
Alston stated that he asked Stephans why he never reported these incidents at which time Stephens
stated that he did not want to make police reports because the Skeptic Society would find out and
retaliate against him and his family. Sergeant Alston told me that he also instructed Stephans to
report any further incidents.

Due to the time which has elapsed since these incidents and the lack of specific details provided an
investigation into these incidents at this time is not possible. A check of the Englewood Police
records management system did not reveal any similar incidents being reported during the same time
period as the incidents listed above. In addition no records of any reports made by Marc Stephens
were located.

 Marc Stephens also reported numerous other incidents which took place outside the jurisdiction of
Englewood, including New York, California and Hawaii. I explained that these incidents should be
brought to the attention of the Court by notifying Assistant Prosecutor Ryan Magee because I do not
have jurisdiction in these matters. Stephens also explained that many threats have been made by email
and in blogs on various websites. I again instructed him to bring these threats to the attention of
the Court by notifying Assistant Prosecutor Ryan Magee.

| RANK | SIGNATURE OF OFFICER SUBMITTING REPORT | COMMAND | BADGE NUMBER |
|------|----------------------------------------|---------|--------------|
| DETECTIVE SERGEANT PULICE, FRED | | | 169 |

Page  2  Of  2

# EXHIBIT 15

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARC A. STEPHENS,<br>Plaintiff,<br>v.<br><br>THE HON. EDWARD A. JEREJIAN, in his<br>Official Capacity as Judge of the Superior<br>Court of Bergen County;<br>CHIEF ARTHUR O'KEEFE, as an<br>individual, and in his Official Capacity as<br>Chief of the Englewood, New Jersey Police<br>Department<br>JOHN JAY HOFFMAN in his Official<br>Capacity as Attorney General of New Jersey<br>Defendants | CASE NO.<br>**COMPLAINT**<br>**DEPRIVATION OF CIVIL RIGHTS**<br>**UNDER COLOR OF LAW**<br><br>**ORAL ARGUMENT REQUESTED** |

RECEIVED DEC 2 2 2014 AT 8:30 M WILLIAM T. WALSH, CLERK

COME NOW Plaintiffs Marc Stephens, pro se, and complains as follow:

1. This is an action arising under (1) 42 U.S.C. § 1983, (2) the New Jersey Civil Rights Act, N.J.S.A. 10:6-1, et seq., (3) Article I, Paragraphs 1, 5, 7, 12, 18, and 21 of the New Jersey Constitution, and (4) the First, Second, Fourth, Fifth, Eighth, Ninth, Tenth, and Fourteenth Amendments of the United States Constitution concerning the State of New Jersey's regulations regarding the issuance of "Permits and Licenses" to purchase and carry firearms (the "Firearm Laws"). Plaintiff seeks declaratory judgment and injunctive relief.

## INTRODUCTION

2. The State of New Jersey's Firearm Laws, including but not limited to: N.J. Stat. §2C:39-2, 2C:39-3, 2C:39-4, 2C:39-5, 2C:39-6, 2C:39-9, 2C:39-14, 2C:58-3, 2C:58-3b, 2C:58-3c, 2C:58-3c(5), 2C:58-3d, 2C:58-3e, 2C:58-3f, 2C:58-3h, 2C:58-3i, 2C:58-3j, 2C:58-4a, 2C:58-4b, 2C:58-4c, 2C:58-4d, 2C:58-4f, 2C:58-5, 2C:58-6.1, 2C:58-7, 2C:58-10, 2C:58-12, 2C:58-15, 2C:58-17, 2C:58-19, and related statues such as N.J.A.C. 13:54, are all facially unconstitutional because each statue was motivated by and passed through legislature based on racism and discrimination which are violations of the First, Second, Fourth, Fifth, Eighth, Ninth, Tenth, and Fourteenth Amendments of the United States Constitution.

3. Because each statue regulate the issuing of permits and licenses to purchase and carry arms, firearms, and ammunition each statue is in violation of the first, second, fourth, fifth, ninth, tenth, and fourteenth amendment of the United States Constitution.

4. The root of New Jersey's firearm regulations requiring such as "permits", "licenses", "good character", "good cause", "good repute in the community", "public health safety and welfare", "need", "justifiable need", "urgent necessity for self-protection", "exemptions", and "limitations" are derived from slavery, motivated by racism and discrimination, and are vague or stealthy words and requirements that allows abuse of discretion, operates as a prior restraint, and a vehicle to infringe, limit, restrict, and ban firearms. State v. Newsom, 27 N. C. 250 (1844) "an act to prevent free persons of color from carrying fire arms." is not unconstitutional".

7012 2920 0002 2590 0133     Stephens v. Jerejian et. l

# EXHIBIT 16

Court hearing is being transcribed

# EXHIBIT 17

# northjersey.com

**ENGLEWOOD**

# Former Englewood resident Danielle Chaney found dead with gunshot wound to head in Houston

**Joshua Jongsma** NorthJersey
Published 9:30 p.m. ET Feb. 9, 2018 | **Updated 4:36 p.m. ET Feb. 11, 2018**

A former Englewood and Teaneck resident and an aspiring model was found dead in a Houston apartment from an apparent gunshot wound, ABC.com reported.

Danielle Chaney, 20, was found with a gunshot wound to the head Feb. 2, according to the ABC report.

The circumstances of Chaney's death were not known as of Friday. A message left for a Houston Police Department spokesperson was not returned Friday night.

Chaney graduated from Hastings High School in Houston in 2016, according to her Facebook page. Betty Harris, her mother, told ABC she needs to know what happened to her daughter and said she's "never felt this kind of hurt ever."

Funeral services for Chaney will be Friday at 11 a.m. at Community Baptist Church in Englewood.

Anyone with information about the incident can contact the Houston Police Department Homicide Division at 713-308-3600 or Crime Stoppers at 713-222-8477.

**Englewood:** Police seek help finding armed suspect who robbed a 7-Eleven

**More:** Keith Jaret, Nutley cupcake store owner and 'rock and roll' chef, dies

*Email: jongsma@northjersey.com*

# EXHIBIT 18

A Subpoena will be sent to Detective Barrow for crime records of Danielle Chaney

# EXHIBIT 19

11/30/2018                                              Gmail - First Notice

 Gmail                               mas mas <mastephens1@gmail.com>

## First Notice

mas mas <mastephens1@gmail.com>                         Fri, Jan 8, 2016 at 4:56 PM
To: rjblaskiewicz@gmail.com, SkepticsProtect@gmail.com

Mr. Blaskiewic,

I have located your hackers which is why I am contacting you skeptics. I was also told about a video you posted claiming or implying that I called you a pedophile from a website that was build a few years ago. You are associated with pedophiles because boylove, pederasty, and pedophilia is the foundation of the skeptics society. You guys admit it in your own documentation. Anyway, you guys have been hacking my computers since 2011. Someone should have advised your members that I am capable of locating hackers, and I don't need the IP address to locate anyone. Skeptics = Anonymous hacker group. I suggest you guys relax because I will turn over the list of skeptic hackers if you guys keep harassing and making death threats against my family and I.

**Please stop the following:**

1. Stop threatening to murder my family members
2. Stop threatening that you are going to kill me
3. Stop threatening to blow up my mother house
4. Stop harassing my family and friends
5. Stop harassing my x-wife – I also know that you skeptics are behind the death and murder of her parents. I also know you skeptics intentionally give cancer and other disease to kill people. I suggest you guys relax because I will turn over the video, audio, and other information if you keep harassing and making death threats.
6. Stop hacking my phone, email, and computers
7. Stop hacking my family and friends phone, email, and computers
8. Stop hacking my clients phone, email, and computers
9. Stop reading my emails and starting websites and businesses from my ideas.
10. Stop adding viruses and remove malicious codes on all of my websites, and clients websites and social media, effecting the search engine ranking in Google, Yahoo, and Bing, etc. Your hackers know which sites I'm talking about. Remove all malicious code from my clients Facebook accounts affecting the "like" counts.
11. Stop all spying and remove all Surveillance off of my family's residence in all city and states.

**Please remove the following websites in its entirety from the internet:**

You guys are pederast and pedophiles acting as if you're trying to save the world from evil. You guys are not advocates for anyone or anything.

1. www.thehoustoncancerquack.com  - "Our header is a very clever reference to an intimidation tactic employed by Marc Stephens, a sometime-employee of Burzynksi, against a teenaged blogger, Rhys Morgan. Stephens sent Rhys Google images of his home and threatened to contact Rhys' school. Such thuggery is unacceptable". All false and you guys know it.
2. www.TheOtherBurzynskiPatientGroup.wordpress.com – "This website is sponsored by the Skeptics for the Protection of Cancer Patients".
3. www.advocatesfordrsebi.org : you skeptics are in disguise attempting to attack. You always use wordpress. Next time use a different design from the other BPG website.
4. www.mas-webdesign.com
5. www.masmediadesign.com
6. www.hairextensionmagazine.com

7. www.facebook.com/hairextensionmagazine
8. www.pinterest.com/hairextmag
9. www.youtube.com/channel/UCXc9xoYxdbDRAu0ghtPeNjA
10. www.hemagazine.tumblr.com
11. www.instagram.com/hairextensionmagazine
12. www.hairextensionsmag.wordpress.com
13. www.mas-dev.com
14. www.wigmas.co.uk

I will give you guys 48hrs to remove the websites 1-14 and remove all of the malicious code from all my websites and clients websites.  Don't say that you can't remove the skeptic sites listed above because you removed the http://www. mothersagainstchildabuse.com/resources.html  and the wikipedia page to the skeptic members **Paidika: The Journal of Paedophilia - Mission Statement: "The starting point of Paidika is necessarily our consciousness of ourselves as paedophiles"**.  http://en.wikipedia.org/wiki/Paidika:_The_Journal_of_Paedophilia.


Regards,

Marc

# EXHIBIT 20

11/30/2018                                                    Gmail - Second Notice

 Gmail                                    mas mas &lt;mastephens1@gmail.com&gt;

## Second Notice

mas mas &lt;mastephens1@gmail.com&gt;                          Fri, Feb 3, 2017 at 1:06 PM
To: Robert Blaskiewicz &lt;rjblaskiewicz@gmail.com&gt;, RJ Blaskiewicz &lt;SkepticsProtect@gmail.com&gt;

Blaskiewic,

This is my **second notice** advising you and your skeptics society hacker network to stop hacking my computer, phone, and websites. **Your hackers are removing my information from the search engines.** I have been video recording their activity since 2012. If it does not stop I will forward the videos to local, state, and federal police. In addition, stop hacking and harassing all of my family, friends, and associates. The Streets are not loyal enough to pick a side...so Stop framing my family members with crimes. Stop trying to frame me with crimes. I hear everything...I have people sitting right next to your members...some even in business with your members. Stop watching my browser activity. And stop murdering innocent people. If it continues, and I notice for even a second that your hacking and harassing and murdering people, I will forward all evidence to the FBI, and start releasing multiple video on the internet, to your employers, and secretly to the general public revealing that **the skeptics society is a criminal and pedophile organization that murder judges, politicians, police, federal agents, military soldiers from the Army-Navy-AirForce-and Marines, celebrities, athletes, doctors, professors, teachers, senior citizens, grandmothers, pregnant women, and children**. I have direct evidence. I will turn over your contact information at work and home and the secret websites you guys communicate on...and turn the world against you. I also know that you guys are following my lawsuits and communicating with court staff and judges. If it continues, I will file a complaint and show the links between you and the staff members in the judges chambers. I will make pizzagate look like a cheap TV dinner.

Again...If it continues, your network gives me consent to hack all phones and computers in your network... even prominent skeptics like Stephen Espinoza from showtime, Neil Degrassi Tyson, etc. All of this is over **Non-Sense** you guys started from 2011 with Burzynski. You guys just dont know when to stop. You guys will bring it upon yourself...due to your Titanic non-sinkable philosophy.

Again.....Stop hacking the search engine rankings of my websites, my clients and family members websites. Repair any damage that was done and restore all websites in the Search engines immediately. Enjoy your day.

**FIRST NOTICE BELOW**


Mr. Blaskiewic,


I have located your hackers which is why I am contacting you skeptics. I was also told about a video you posted claiming or implying that I called you a pedophile from a website that was build a few years ago. You are associated with pedophiles because boylove, pederasty, and pedophilia is the foundation of the skeptics society. You guys admit it in your own documentation. Anyway, you guys have been hacking my computers since 2011. Someone should have advised your members that I am capable of locating hackers, and I don't need the IP address to locate anyone.  Skeptics = Anonymous hacker group.  I suggest you guys relax because I will turn over the list of skeptic hackers if you guys keep harassing and making death threats against my family and I.


**Please stop the following:**

       1. Stop threatening to murder my family members
       2. Stop threatening that you are going to kill me
       3. Stop threatening to blow up my mother house
       4. Stop harassing my family and friends
       5. Stop harassing my x-wife – I also know that you skeptics are behind the death and murder of her parents. I also
          know you skeptics intentionally give cancer and other disease to kill people. I suggest you guys relax because I
          will turn over the video, audio, and other information if you keep harassing and making death threats.

# EXHIBIT 21

 Gmail

mas mas <mastephens1@gmail.com>

---

## Second Notice

**Robert Blaskiewicz** <rjblaskiewicz@gmail.com>
To: mas mas <mastephens1@gmail.com>
Cc: Kenneth White <kwhite@brownwhitelaw.com>

Sun, Feb 5, 2017 at 10:34 PM

Marc,

I'm afraid you are mistaken. I simply do not have the skills to do what you allege as far as your web rankings are involved. Nor do I have the time or inclination. I will be forwarding this to Ken White, who advises me regarding my Burzynski site, just so that he is aware of it.

RJB
[Quoted text hidden]

# EXHIBIT 22

 Gmail

mas mas <mastephens1@gmail.com>

## Second Notice

mas mas <mastephens1@gmail.com>
To: Robert Blaskiewicz <rjblaskiewicz@gmail.com>

Mon, Feb 6, 2017 at 1:29 PM

Robert Blaskiewicz,

You state, "**I simply do not have the skills to do what you allege <u>as far as your web rankings are involved</u>**". So you basically agree that you are doing everything else that I listed, <u>Except hacking</u>.

I also see that you guys are still sending **death threats** to Dr. Burzynski...in which he reached out to the FBI.

If you guys continue hacking my computers and making death threats against my family and friends...I will release the information proving that you are **murdering innocent people** and that the Skeptics Society is a pedophile organization that **murder children**. Its that simple.

I will forward this email chain to all local police, just so that they are aware of it.

Regards,
Marc Stephens
[Quoted text hidden]

# EXHIBIT 23

 Gmail

mas mas <mastephens1@gmail.com>

## FIRST WARNING REGARDING DEATH THREATS and NOTICE UNDER COMMON LAW

**mas mas** <mastephens1@gmail.com>                                    Mon, Feb 6, 2017 at 5:05 PM
To: zlopez@teaneckpolice.org, amcgurr@teaneckpolice.org, ttorell@englewoodpd.org, mchapman@englewoodpd.org,
ccubbillos@englewoodpd.org, ckedersha@englewoodpd.org, awilson@englewoodpd.org, mhargrave@englewoodpd.org,
sincle@englewoodpd.org, bmiller@englewoodpd.org, mmcdonald@englewoodpd.org, dsingh@englewoodpd.org,
abedoya@englewoodpd.org, cmarte@englewoodpd.org, zlucas@englewoodpd.org, cquirk@englewoodpd.org,
director@hackensackpd.org, bci@hackensackpd.org, detectives@hackensackpd.org, narcotics@hackensackpd.org,
patrol@hackensackpd.org, juvenile@hackensackpd.org, internal_affairs@hackensackpd.org, e-rosario@fortleenj.org, a-
restaino@fortleenj.org, mayor@fortleenj.org, lcohen@decotiislaw.com, borocouncil@fortleenj.org, info@fortleepolice.org,
alorenzo@fortleepolice.org, ahernandez@fortleepolice.org, kbendul@fortleepolice.org, rmirkovic@fortleepolice.org,
info@copwatchnyc.org, blsmvc@dot.state.nj.us, mvcblsprocessing@dot.state.nj.us, info@bergencountypolicechiefs.org,
info@rebuildingtogetherbergen.org, pr@burzynskiclinic.com, Mary Jo Siegel <maryjo@siegel.net>, ar@burzynskiclinic.com,
rickjaffeesquire@gmail.com, steven@siegel.net, rschiff@pacbell.net, eric_merola@yahoo.com, Frank.Ceretto@stockton.edu,
Young.Cho@stockton.edu, Judith.Copeland@stockton.edu, patricia.cocozza@stockton.edu, lauren.rivera@stockton.edu,
kathleen.denice@stockton.edu, Pam.Cross@stockton.edu, dale.howell@stockton.edu, luis.pena@stockton.edu,
dazio@northjersey.com, ncohen@nj.com, slivio@njadvancemedia.com, jrundquist@starledger.com

### TO ALL LOCAL POLICE

This email is a **warning** that if <u>anyone touch or make death threats</u> against my family and/or close friends again...**I will
retaliate**. Under common law and the US Constitution I have a fundamental **right to attack** (OFFENSE OR DEFENSE)
anyone that makes death threats against me or my family.

Please see attached email from **Skeptic Society** members **Robert Blaskiewicz** who is a college professor at **Stockton
University**, 101 Vera King Farris Drive Galloway, NJ 08205-9441, and **Kenneth P. White** who also goes by
Ken**@popehat** and operates **www.popehat.com**.

**Sgt. Pulice** of the Englewood Police Department already **testified** in my hearing that the multiple death threats against
me, which are from these same individuals, are **serious death threats**. **SEE EXHIBIT 4 - The skeptics ADMIT to the
threats and mob like attacks on cancer patients.**

This organization is still making death threats against Dr. Burzynski who contacted the **FBI**. Notice its **Robert
Blaskiewicz** and **Kenneth P. White** involved Again...their articles are below. They act innocent but they are <u>murders</u>,
which **Robert Blaskiewicz** <u>admits</u> in his email to me today. **see attached email chain dated 2-6-17.** <u>Robert B</u>: "i
simply do not have the skills to do what you allege <u>as far as your web rankings are involved</u>". <u>Marc S</u>.: So you basically
agree that you are doing everything else that I listed, Except hacking.

1. https://www.popehat.com/2016/09/08/what-its-like-for-the-client-subjected-to-a-bogus-and-retaliatory-investigation/

2. https://theotherburzynskipatientgroup.wordpress.com/burzynski-sends-the-fbi-after-a-critic/

**"To Whom It May Concern:**
**Please allow Mrs. Carolyn Powers to file the complaint with the FBI while I am away in San Francisco at a
conference. It was extremely disturbing to find out the latest of what <u>Mr. Robert Blaskiewicz</u> would like to do to
us. He seems <u>like a psychopath</u> that will not stop until we are dead and the Burzynski Clinic is destroyed. He has
harassed me and my clinic for years.**
**Thank you for your help,**
**Stanislaw R. Burzynski, M.D., Ph.D".**

The harassment has been going on since 2011. **SEE EXHIBIT 12 - death threat at my mothers house in Englewood,
NJ. See EXHIBIT 14 - notice the death threat mentions - Kenneth P White website "<u>popehat.com</u>".** As I testified in
my firearm hearing, these guys are **serial killers**. see **EXHIBIT 15** - officer confirms **Skeptics** death threats.

1. **Robert Blaskiewicz** <u>confirms</u> that he is a **skeptic** on his Stockton University page: https://intraweb.stockton.edu/
eyos/page.cfm?siteID=18&pageID=8

2. **Robert Blaskiewicz** confirms that he is a **skeptic** on his website - **"This website is sponsored by the Skeptics for the Protection of Cancer Patients"**....."The editors wish to thank **Ken White** of Brown White & Osborn LLP, and who writes at **@Popehat**, for pro bono representation".........."For information about this website or the Skeptics for the Protection of Cancer Patients, contact **Bob Blaskiewicz"**: https://theotherburzynskipatientgroup.wordpress.com/about/

3. **Robert Blaskiewicz** confirms that he is a **skeptic** on his website - http://thehoustoncancerquack.com/about/

Just **Monday, January 30, 2017**, I received an email from **Kenneth P. White**, at my **support@marcastephens.com** email address (which means Kenneth watched my video) acting as if he doesn't know about my firearm case at the Supreme Court. My firearm case involves Kenneth, Robert, and other Skeptics making death threats against me.

**My 2016 video which Kenneth watched, contains my information, the same information he had since 2011.**

**see** https://www.youtube.com/watch?v=TZt9HzFg9ig&feature=youtu.be

1. at **1:17** mark in the video above - Sgt Pulice **testified** that the Skeptics Society threats towards me are **serious death threats**

2. at **1:30** mark in the video above - Notice my 271 Rosemont Place **Englewood address** are on all court documents, and the same **562-843-xxxx** phone number, which is also in Kenneth P White emails and Twitter message to me from 2011. **See EXHIBIT 11 - Kenneth trying to locate me.** Yet, he is asking am I the same Marc Stephens. **see attached Kenneth White email dated 1-30-17.**

In addition, the information on the internet about me making death threats to an individual in the UK is **FALSE as proven in EXHIBIT 4. The Skeptics change the wording in emails, hack computers, murder, and post false information on the internet to cover up their crimes.** Sgt. Pulice is in possession of the **real information** proven the information online about me is false...by court ORDER I also gave sgt pulice multiple video evidence proven the Skeptics Society is a **criminal and pedophile organization**. There is no denying it..100% proof.

**All EXHIBITS are filed on court record at the Superior Court in Hackensack with Judge Jerejian. Nothing has been done by law enforcement.** So Again, if anyone touch or make death threats against my family and/or close friends again...**I will retaliate**.

Regards,
Marc Stephens

cc: Englewood Police Department
    Teaneck Police Department
    Fort Lee Police Department
    Hackensack Police Department
    Bergen County Police
    NJ Media
    Dean and Staff at Stockon Univ.
    Burzynski Clinic

**7 attachments**

**Rob skeptic society email 2-6-17.pdf**
899K

**EXHIBIT 4 - Tim Farley comment to Orac.pdf**
24K

**EXHIBIT 12 - McGuire I see Dead Fav Icon.pdf**
244K

**EXHIBIT 11 - Ken White You live in nj.pdf**
101K

**EXHIBIT 14 - Kenneth threats family.pdf**
38K

**Kenneth White email -1-30-17.pdf**
66K

# EXHIBIT 24

 Gmail

mas mas <mastephens1@gmail.com>

## THIRD AND FINAL NOTICE

mas mas <mastephens1@gmail.com>                                         Tue, Nov 28, 2017 at 2:49 PM
To: Robert Blaskiewicz <rjblaskiewicz@gmail.com>, RJ Blaskiewicz <SkepticsProtect@gmail.com>,
kwhite@brownwhitelaw.com
Cc: tbrown@brownwhitelaw.com, josborn@brownwhitelaw.com, cmason@brownwhitelaw.com, rwood@brownwhitelaw.com,
sisrael@brownwhitelaw.com, jshort@brownwhitelaw.com, abeechko@brownwhitelaw.com, mflory@brownwhitelaw.com,
jlatourette@brownwhitelaw.com, asadat@brownwhitelaw.com, ktarbinian@brownwhitelaw.com, lpayne@brownwhitelaw.com,
egentry@brownwhitelaw.com, smenger@brownwhitelaw.com, Frank.Ceretto@stockton.edu, Young.Cho@stockton.edu,
Judith.Copeland@stockton.edu, patricia.cocozza@stockton.edu, lauren.rivera@stockton.edu, kathleen.denice@stockton.edu,
Pam.Cross@stockton.edu, dale.howell@stockton.edu, luis.pena@stockton.edu, jennifer.thornton@usdoj.gov,
Charles.Richvalsky@stockton.edu, Cynthia.Parker@stockton.edu, FirstDistrict@bos.lacounty.gov,
FourthDistrict@bos.lacounty.gov, Kathryn@bos.lacounty.gov, Sheila@bos.lacounty.gov, MarkRidley-
Thomas@bos.lacounty.gov, info@ceo.lacounty.gov, info@lacounty.gov

Robert and Kenneth,

**Stop the following:**

1. Stop threatening to murder my family members
2. Stop threatening that you are going to kill me
3. Stop threatening to blow up my mother house
4. Stop harassing my family and friends
5. Stop harassing my x-wife
6. Stop hacking my phone, email, and computers
7. Stop hacking my family and friends phone, email, and computers
8. Stop hacking my clients phone, email, and computers
9. Stop reading my emails and starting websites and businesses from my ideas.
10. Stop adding viruses and remove malicious codes on all of my websites, and clients websites and social media,
    effecting the search engine ranking in Google, Yahoo, and Bing, etc. Your hackers know which sites I'm talking
    about.
11. Stop all spying and remove all Surveillance off of my family's residence in all city and states.

If you guys continue hacking my computers and making death threats against my family and friends...I will release the
**video** proving that you are **murdering innocent people** including police officers and retired military men and women,
and that the **Skeptics Society is a pedophile organization that murder children.** Its that simple.

I will give you guys 48hrs to remove all of the malicious code from all my websites and clients websites.  Don't say that
you can't because you removed the http://www.mothersagainstchildabuse.com/resources.html  and the wikipedia page to
the skeptic members **Paidika: The Journal of Paedophilia** - Mission Statement: "The starting point of Paidika is
necessarily our consciousness of ourselves as **paedophiles**".  http://en.wikipedia.org/wiki/Paidika:_The_Journal_of_
Paedophilia.

I will forward this email chain to all local police, just so that they are aware of it.

Regards,
Marc Stephens

# EXHIBIT 25

WATCH                                                72°        LOG IN

WOMAN KILLED

# Aspiring model shot in head inside NW Houston apartment

By Steve Campion

Tuesday, February 6, 2018          SHARE      TWEET      EMAIL

HOUSTON, Texas (KTRK) -- An aspiring Houston model was discovered dead inside her northwest Houston apartment.

Her life ended violently.

Danielle Chaney, 20, recently graduated Hastings High School and attended some classes at Texas Southern University, according to family members.

HPD told Eyewitness News her boyfriend discovered her with a gunshot wound to her head Friday evening around 5 p.m. The discovery took place inside apartment No. 1809 at a complex at 8000 W. Tidwell Rd.

Chaney later passed away at the hospital.

Her mother Betty Harris said she needs to know what happened to her daughter.

"I've cried so much in the last couple of days. I mean, I've never cried this much in my life. I've never felt this kind of hurt ever. I can't even explain how this pain hurts so bad. This is my baby," said Harris. "She was so full of life. Everybody loved her. She was just so full of life with so much love in her. She wanted to be everything. She loved fashion. She loved makeup. She was very artistic."

Harris said her daughter was both beautiful on the inside and outside. She is pleading for information in the case.

"If you could think back to that moment during the day when it took place, please come forward and just say something. We have no closure unless we know what happened," said Harris. "I'm not here to judge anybody. I'm not here to judge anybody. All I'm saying is that my baby is dead. We deserve to have that closure. Just do the right thing. That's all we ask. Just do the right thing."

Investigators are asking anyone with information to contact the HPD Homicide Division at 713-308-3600 or Crime Stoppers at 713-222-8477. They said they're currently waiting autopsy results.

Eyewitness News visited the apartment Monday afternoon. Our crew witnessed a window shattered by what appeared to be gunfire. We also discovered another window left open.

Neighbors said they didn't hear any shots. They later heard about the shooting because of the police activity.

Chaney's family said they are planning her burial in her home state of New Jersey.

*Follow Steve Campion on Twitter and Facebook.*

## Report a correction or typo

**RELATED TOPICS:**

houston    woman shot    murder    homicide investigation    woman killed

a36

# EXHIBIT 26

 **STOCKTON** UNIVERSITY

**Police Department**
P: 609.652.4390 • F: 609.652.4454
stockton.edu/police



101 Vera King Farris Drive | Galloway NJ 08205-9441
**stockton.edu**

February 10, 2017

Marc Anthony Stephens
271 Rosemont Place
Englewood, NJ 07631

Dear Mr. Stephens,

According to information received from the Stockton University Campus Police you were involved in an incident which is currently under our investigation in reference to case #I-2017-01548.

Accordingly, I am informing you that you are now banned from all campus facilities, which includes all academic, programming and residential buildings, parking lots, adjacent walkways and construction sites. You are subject to arrest for Defiant Trespass, New Jersey Statute 2C:18-3, if you disregard this directive. You can appeal this decision by submitting a written statement to my office.

By copy of this letter, Campus Police, the Office of Academic Affairs, Human Resources, and the Dean of Students will be informed of this action.

If you have any questions in regard to this action you may contact the police department at 609-652-4390

Sincerely,

Cynthia Parker
Interim Chief of Police

# EXHIBIT 27

2017-000926-01 11/28/2017 7:49 AM  Pg 1 of 7   Trans ID: MCS2017478870

**THE STATE OF NEW JERSEY VS.**

**MARC A STEPHENS**

0111  S   2017  000926

COURT CODE

GALLOWAY TOWNSHIP MUNICIPAL COURT
300 EAST JIM LEEDS RD
GALLOWAY                NJ  08205-0000
609-652-3700  COUNTY OF: ATLANTIC

ADDRESS: 271 ROSEMONT PLACE
ENGLEWOOD                NJ  07631-0000

| # of CHARGES | CO-DEFTS | POLICE CASE # |
|---|---|---|
| 1 | | 2017-15161 |

COMPLAINANT NAME: ROBERT J BLASKIEWICZ
703 CARDINAL WAY
GALLOWAY          NJ  08205

DEFENDANT INFORMATION
SEX: M  EYE COLOR: BROWN  DOB:
DRIVER'S LIC. #:                    DL STATE:  NJ
SOCIAL SECURITY #:        SBI #:
TELEPHONE #:       ( )
LIVESCAN PCN #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 11/28/2017 in     GALLOWAY TWP     ,  ATLANTIC   County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, MARC A. STEPHENS DID COMMIT THE OFFENSE OF CYBER HARASSMENT, WHILE MAKING A COMMUNICATION IN AN ONLINE CAPACITY WITH THE PURPOSE TO HARASS ANOTHER, SPECIFICALLY BY KNOWINGLY SENDING AN EMAIL INCLUDING COMMENTS WITH INTENT TO EMOTIONALLY HARM ROBERT J. BLASKIEWICZ

THIS IN VIOLATION OF NJSA 2C:33-4.1A(1)

in violation of:

| Original Charge | 1) 2C:33-4.1A(1) | 2) | 3) |
|---|---|---|---|
| Amended Charge | | | |

**CERTIFICATION**  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.
Signed: _____  Date: _____

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF SUMMONS

☐ Probable cause **IS NOT** found for the issuance of this complaint
_____  _____  _____  _____
Signature of Court Administrator or Deputy Court Administrator   Date        Signature of Judge        Date

☐ Probable cause **IS** found for the issuance of this complaint-summons:
_____  _____
Signature of Judge        Date

**SUMMONS**
YOU ARE HEREBY SUMMONED to appear before the  Superior Court   in the county of:  ATLANTIC
at the following address:   ATLANTIC SUPERIOR COURT
4597 UNAMI BLVD                         MAYS LANDING       NJ 08330-0000
If you fail to appear on the date and at the time stated below, a warrant may be issued for your arrest.
Date of Arrest          Appearance Date: 01/17/2018  Time 11:00AM  Phone: 609-625-7000
Signature of Person Issuing Summons _____  Date: _____

| ☐ Domestic Violence – Confidential | ☑ Related Traffic Tickets or Other Complaints | ☐ Serious Personal Injury/ Death Involved |
|---|---|---|

Special conditions of release:
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify)

**ORIGINAL**

Page 1 of 7          NJ/CDR1 1/1/2017

a38

Pg 2 of 7   Trans ID: MCS2017-788120

STATE V.

MARC A. STEPHENS

| FTA Bail Information | | Date Bail Set: | | Amount Bail Set: $ | | by: | | ☐ Bail Recog. Attached |
|---|---|---|---|---|---|---|---|---|
| Released on Bail | R.O.R. | Committed Default | Committed w/o Bail | Place Committed: | | | | Date Referred to County Prosecutor: |
| Date of First Appearance: | 01/17/2018 | | ☐ Advised of Rights by_____ | | | | | Defendant Desires Counsel: ☐ Yes  ☐ No |

| Prosecuting Attorney Information | | | | Defense Counsel Information | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name: | | | | Name: | | | | | |
| State | County | Municipal | Other | None | Retained | Public Def | Assigned | Waived | Other |

| Original Charge | 1) 2C:33-4.1A(1) | | 2) | | 3) | |
|---|---|---|---|---|---|---|
| Amended Charge | | | | | | |
| Waiver Indt/Jury | | | | | | |
| Plea/Date of Plea | Plea: | Date: | Plea: | Date: | Plea: | Date: |
| Adjudication (* see code) | Finding Code: | Date: | Finding Code: | Date: | Finding Code: | Date: |
| Jail Term | | Jail time credit | Susp. Imp | Jail time credit | Susp. Imp | Jail time credit | Susp. Imp |
| Probation Term | | | Susp. Imp | | Susp. Imp | | Susp. Imp |
| Cond. Discharge Term | | | | | | | |
| Community Service | | | | | | | |
| D/L Suspension Term | | | | | | | |
| Fines/Costs | Fines: | Costs: | Fines: | Costs: | Fines: | Costs: |
| VCCB/SNSF | VCCB: | SNSF: | VCCB: | SNSF: | VCCB: | SNSF: |
| DEDR/Lab Fee | DEDR: | LAB: | DEDR: | LAB: | DEDR: | LAB: |
| CD Fee/Drug Ed Fnd | CD: | DAEF: | CD: | DAEF: | CD: | DAEF: |
| DV Surch/Other Fees | DV: | Other: | DV: | Other: | DV: | Other: |
| Restitution Beneficiary:_____ | | | | | | |

**Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:**
SEE STOCKTON UNIVERSITY POLICE DEPARTMENT INVESTIGATION REPORT 2017-01548

**Related Traffic Tickets and Complaints:**
PRIOR HARASSMENT COMPLAINT FROM FEBRUARY 17, 2017. ENGLEWOOD POLICE DEPARTMENT

* Finding Codes
1 – Guilty
2 – Not Guilty
3 – Dismissed – Other
4 – Guilty but Merged
5 – Dismissed-Rule
6 – Dismissed Lack of Prosecution
7 – Dismissed – Pros Motion Vic Req
8 – Conditional Discharge
D – Dismissed- Prosecutor Discretion
M – Dismissed- Mediation
P – Dismissed-Plea Agreement
S – Disposed at Superior
W – Dismissed-False ID

_____
JUDGE'S SIGNATURE                    DATE

| | |
|---|---|
| **ORIGINAL - Court Action** | |
| Page 2 of 7 | NJ/CDR1 1/1/2017 |

a39

S-2017-000926-0111 11/30/2017 7:37:49 AM  Pg 3 of 7  Trans ID: MCS2017478870

# COMPLAINT - SUMMONS (DEFENDANT'S COPY)

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| **0111** | **S** | **2017** | **000926** | VS. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO | **MARC A STEPHENS** |

| | |
|---|---|
| GALLOWAY TOWNSHIP MUNICIPAL COURT<br>300 EAST JIM LEEDS RD<br>GALLOWAY          NJ  08205-0000<br>609-652-3700        COUNTY OF: ATLANTIC | ADDRESS:<br>271 ROSEMONT PLACE<br><br>ENGLEWOOD          NJ  07631-0000 |

| # OF CHARGES<br>1 | CO-DEFTS | POLICE CASE #:<br>2017-15161 | DEFENDANT INFORMATION<br>SEX: M  EYE COLOR: BROWN        DOB: ███<br>DRIVER'S LIC. #: ███                    DL STATE: NJ |
|---|---|---|---|
| COMPLAINANT<br>NAME:       ROBERT J BLASKIEWICZ | | | SOCIAL SECURITY #: ███        SBI #:<br>TELEPHONE #:              ( )<br>LIVESCAN PCN #: |

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named
defendant on or about **11/28/2017** in          **GALLOWAY TWP**          ,     **ATLANTIC**     County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, MARC A. STEPHENS DID COMMIT THE OFFENSE
OF CYBER HARASSMENT, WHILE MAKING A COMMUNICATION IN AN ONLINE CAPACITY WITH THE
PURPOSE TO HARASS ANOTHER, SPECIFICALLY BY KNOWINGLY SENDING AN EMAIL INCLUDING
COMMENTS WITH INTENT TO EMOTIONALLY HARM ROBERT J. BLASKIEWICZ

THIS IN VIOLATION OF NJSA 2C:33-4.1A(1)

**in violation of:**

| Original Charge | 1) 2C:33-4.1A(1) | 2) | 3) |
|---|---|---|---|
| Amended Charge | | | |

**CERTIFICATION**  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully
false, I am subject to punishment.
Signed: _____          Date: _____

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF SUMMONS

❏  Probable cause **IS NOT** found for the issuance of this complaint.

_____          _____          _____          _____
Signature of Court Administrator or Deputy Court Administrator     Date          Signature of Judge          Date

❏  Probable cause **IS** found for the issuance of this complaint-summons.

_____          _____
Signature of Judge          Date

**SUMMONS**
YOU ARE HEREBY **SUMMONED** to appear before the  Superior Court          in the county of.     ATLANTIC

at the following address:   ATLANTIC SUPERIOR COURT

4597 UNAMI BLVD                              MAYS LANDING          NJ 08330-0000

If you fail to appear on the date and at the time stated below, a warrant may be issued for your arrest.

Date of Arrest:          Appearance Date:    01/17/2018    Time:  11:00AM   Phone:  609-625-7000

Signature of Person Issuing Summons _____          Date _____

| ❏  Domestic Violence – Confidential | ☑  Related Traffic Tickets<br>or Other Complaints | ❏  Serious Personal Injury/ Death<br>Involved |
|---|---|---|

| Special conditions of release:<br>❏  No phone, mail or other personal contact w/victim<br>❏  No possession firearms/weapons<br>❏  Other (specify) | COMPLAINT - SUMMONS (DEFENDANT'S COPY) |
|---|---|
| | Page 3 of 7          NJ/CDR1 1/1/2017 |

a40

11/30/2017 7:37:49 AM   Pg 4 of 7   Trans ID: MCS2017476870

## RETURN OF SERVICE INFORMATION

**THE STATE OF NEW JERSEY**

*VS.*

**MARC A STEPHENS**

| 0111 | S | 2017 | 000926 |
|------|---|------|--------|
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

GALLOWAY TOWNSHIP MUNICIPAL COURT
300 EAST JIM LEEDS RD
GALLOWAY            NJ  08205-0000
609-652-3700  COUNTY OF: ATLANTIC

ADDRESS:
271 ROSEMONT PLACE

ENGLEWOOD          NJ  07631-0000

| # of CHARGES | CO-DEFTS | POLICE CASE # |
|---|---|---|
| 1 | | 2017-15161 |

COMPLAINANT ROBERT J BLASKIEWICZ
NAME:            703 CARDINAL WAY

        GALLOWAY        NJ  08205

**DEFENDANT INFORMATION**
SEX: M   EYE COLOR: BROWN   DOB:
DRIVER'S LIC. #:                    DL STATE: N.
SOCIAL SECURITY #:        SBI #:
TELEPHONE #:        ( )
LIVESCAN PCN #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named
defendant on or about 11/28/2017 in   GALLOWAY TWP        ,   ATLANTIC   County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, MARC A. STEPHENS DID COMMIT THE OFFENSE
OF CYBER HARASSMENT, WHILE MAKING A COMMUNICATION IN AN ONLINE CAPACITY WITH THE
PURPOSE TO HARASS ANOTHER, SPECIFICALLY BY KNOWINGLY SENDING AN EMAIL INCLUDING
COMMENTS WITH INTENT TO EMOTIONALLY HARM ROBERT J. BLASKIEWICZ

THIS IN VIOLATION OF NJSA 2C:33-4.1A(1)

**in violation of:**

| Original Charge | 1) 2C:33-4.1A(1) | 2) | 3) |
|---|---|---|---|

| Check √ | **Certification by Police Regarding Complaint-Summons** |
|---|---|
| | I certify that I served the complaint-summons by delivering a copy to the defendant personally. |
| | I certify that I personally served the complaint-summons by leaving a copy at the defendant's usual place of abode with a competent member of the household of the age 14 or over _____ Name of family member over 14 years of age |
| | I certify that I mailed a copy of the complaint-summons by ordinary mail to the defendant at his or her last known address. _____ Defendant's last known address |
| | I certify that I served the complaint-summons by delivering a copy to a person authorized to receive service of process on the defendant's behalf. _____ Name and title of authorized person |
| | Other manner of service: I certify that I served the complaint-summons in the following manner: _____ |
| √ | I certify that I was unable to serve the complaint-summons. |

Date of Action: _____

Signed: _____
        Name, Title and Department of Officer

**RETURN OF SERVICE
INFORMATION**

Page 4 of 7        NJ/CDR1 1/1/2017

a41

S-2017-000020-0111 11/30/2017 7:37:49 AM  Pg 5 of 7  Trans ID: MCS2017478870

| 0111 | S | 2017-000020 |
|------|---|-------------|

**COURT CODE**

GALLOWAY TOWNSHIP MUNICIPAL COURT
300 EAST JIM LEEDS RD
GALLOWAY
                          NJ  08205-0000
609-652-3700              COUNTY OF: ATLANTIC

| # of CHARGES | CO-DEFTS | POLICE CASE # |
|--------------|----------|---------------|
| 1 | | 2017-15161 |

COMPLAINANT ROBERT J BLASKIEWICZ
NAME        703 CARDINAL WAY

            GALLOWAY          NJ   08205

**THE STATE OF NEW JERSEY**
*VS.*
**MARC A STEPHENS**

ADDRESS: 271 ROSEMONT PLACE

ENGLEWOOD                    NJ  07631-0000

**DEFENDANT INFORMATION**
SEX: M  EYE COLOR: BROWN       DOB:
DRIVER'S LIC. #                         DL STATE: NJ
SOCIAL SECURITY #              SBI #:
TELEPHONE #:              ( )
LIVESCAN PCN #:

Purpose: This Affidavit/Certification is to more fully describe the facts of the alleged offense so that a judge or authorized judicial officer may determine probable cause.

1. Description of relevant facts and circumstances which support probable cause that (1) the offense(s) was committed and (2) the defendant is the one who committed it:
AN EMAIL WAS SENT FROM MARC A. STEPHENS FROM EMAIL ACCOUNT, MASTEPHENS1@GMAIL.COM, TO ROBERT BLASKIEWICZ/ RJ BLASKIEWICZ, ON TUESDAY, NOVEMBER 28, 2017 AT 1449 HOURS ACCUSING BLASKIEWICZ OF " MURDERING INNOCENT PEOPLE".

**Affidavit of Probable Cause**

Page 5 of 7                                    1/1/2017

Affidavit of Probable Cause

**THE STATE OF NEW JERSEY**
**VS.**
**MARC A STEPHENS**

0111

2. I am aware of the facts above because: (Included, but not limited to: your observations, statements of eyewitnesses, defendant's admission, etc.)

AN EMAIL PRINT OUT PROVIDED BY BLASKIEWICZ.

3. If victim was injured, provide the extent of the injury:

NO INJURIES.

Certification:
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: _____     Date: _____12/08/2017_____

| | Affidavit of Probable Cause |
|---|---|
| Page 6 of 7 | 1/1/2017 |

S-2017-000926-0111 11/30/2017 7:37:49 AM  Pg 7 of 7  Trans ID:

Preliminary Law Enforcement Incident

**THE STATE OF NEW JERSEY**
**VS.**
**MARC A STEPHENS**

| | | | |
|---|---|---|---|
| **0111** | **S** | **2017 000926** | |
| **COURT CODE** | | | |

GALLOWAY TOWNSHIP MUNICIPAL COURT
300 EAST JIM LEEDS RD
GALLOWAY          NJ  08205-0000
609-652-3700 COUNTY OF: ATLANTIC

ADDRESS: 271 ROSEMONT PLACE

ENGLEWOOD                    NJ 07631-0000

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 1 | | 2017-15161 |

COMPLAINANT ROBERT J BLASKIEWICZ
NAME         703 CARDINAL WAY

GALLOWAY          NJ  08205

**DEFENDANT INFORMATION**
SEX: M  EYE COLOR: BROWN  DOB:
DRIVER'S LIC. #:                                DL STATE:  NJ
SOCIAL SECURITY #:                SBI #:
TELEPHONE #:          ( )
LIVESCAN PCN #:

Purpose: The Preliminary Law Enforcement Incident Report (PLEIR) is intended to document basic information known to the officer at the time of its preparation. It is recognized that additional relevant information will emerge as an investigation continues. The PLEIR shall be in addition to, not in lieu of, any regular police arrest, incident, or investigation reports. Note that the PLEIR is specific to each defendant charged in an investigation.

· The charge was based on the observations/statements made by an eyewitness(es). The witness statement(s) were recorded via (Body-Worn Camera, Written statement).

· The defendant was known to the victim as Acquaintance, Other/Explain INTERNET INTERACTION ONLY.

· Additional information relevant to the offense(s) charged: CITIZEN COMPLAINT.

Certification
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date ___12/08/2017___

Signed: _____

| **Preliminary Law Enforcement Incident Report** |
|---|
| **Page 7 of 7**                          1/1/2017 |

a44

# EXHIBIT 28

This transcript was exported on Sep 08, 2019 - view latest version here.

| Court: | 00:01 | We are on the record. Thank you sir. Affirmed that the testimony your about to give this Grand Jury is the truth, whole truth, and nothing but the truth? |
|---|---|---|
| Officer: | 00:05 | Yes Ma'am. |
| Prosecutor: | 00:12 | Thank you. Let the record reflect the witness has been sworn in. Good Afternoon Ladies and gentlemen. My name is Lynn Hire. I'm an assistant prosecutor with the Atlantic County prosecutor's office in the grand jury and litigation units. Detective sergeant, could you please state your name and where you are employed. |
| Officer: | 00:30 | Detective Sergeant Michael Matteoli of Atlantic County prosecutor's office |
| Prosecutor: | 00:35 | and you are currently in the grand jury and litigation units, is that correct? |
| Officer: | 00:39 | Yes ma'am. |
| Prosecutor: | 00:40 | And you have the responsibility for overseeing the investigation and charging as well as prosecution of offenses that in addition to those that originate within the prosecutor's office, all of those offenses that initially are investigated and charged in municipalities in Atlanta County, in their individual police departments, that and those files are then sent to the prosecutor's office, is that correct? |
| Officer: | 01:16 | That's correct. |
| Prosecutor: | 01:17 | And it is your responsibility to oversee the, um, those tasks that all files are investigated and where appropriate, prosecuted? |
| Officer: | 01:30 | Correct. |
| Prosecutor: | 01:30 | Okay. I'd like to take you to a file that was actually originated in, um, Galloway by the Stockton University Police Department. Did you, and part of your involvement with files that come from other municipalities, you familiarize yourselves yourself with those that are, that you are required to do and also assist in detectives pursuance of investigative techniques? |
| Officer: | 02:07 | Correct. |

This transcript was exported on Sep 08, 2019 - view latest version here.

| Prosecutor: | 02:07 | Okay. And a file that originated from the Stockton University Police Department that involved allegations of cyber harassment by an individual by the name of Marc Stephens. Did you have occasion to familiarize yourself with all of the reports and allegations that Stockton university compiled and then further to the prosecutor's office? Is that correct or forwarded to, |
|---|---|---|
| Officer: | 02:40 | I did not review that file in its entirety. |
| Prosecutor: | 02:42 | Okay. And did that involve some posts on the Internet? Um, there is a professor at Stockton who was known as Robert Blaskiewicz and he maintains a blog. Is that correct? That you're aware of? |
| Officer: | 03:03 | It's correct. |
| Prosecutor: | 03:04 | And part and parcel of that blog. It's an interactive blog, but did an individual, and this goes back about five years ago, an individual who ultimately became identified as a Marc Stephens. Did he have electronic inner, uh, exchanges with professor [inaudible] at Stockton by the name of Robert Blaskiewicz? |
| Officer: | 03:31 | He did both by email. And on this blog site then the professor ran, |
| Prosecutor: | 03:36 | and that was an intermittent thing that occurred over the course of about five years, is that correct? |
| Officer: | 03:44 | Correct. |
| Prosecutor: | 03:45 | And it at until recently, it did not amount to a matter where the professor became concerned. Is that correct? |
| Officer: | 03:54 | That's correct. |
| Prosecutor: | 03:54 | So he just more or less abided by the, you know, the post and just didn't really get alarmed at that point until recently. |
| Officer: | 04:05 | Correct. |
| Prosecutor: | 04:06 | And [inaudible] last February, actually, February of 2017 was there a time when the professor spoke with law enforcement about some cyber harassment? That was, that was it, that Mr. Stevens was involved with as to the professor and his blog site? |

This transcript was exported on Sep 08, 2019 - view latest version here.

| Officer: | 04:37 | Correct. The professor made a report to the stockton Police department, um, regarding an email that he directly received from Mr. Stephens, um, that the professor characterize as alarming. |
|---|---|---|
| Officer: | 04:48 | Okay. And import to the episode from February of 27 of 2017 that actually was the first time according to professor, uh, Blaskiewicz, that, um, the emails included other individuals and within to other individuals, for instance, other teaching staff and also other law enforcement agencies. Is that correct? |
| Officer: | 05:23 | Correct. The professor characterize it during the report as it was sent to other colleagues as well as law enforcement agencies, multiple law enforcement agencies. |
| Prosecutor: | 05:33 | Okay. And at that time, um, while mister or professor Blaskiewicz, which declined to file formal charges, Stockton University did issue a ban letter, uh, for Mr. Stephens. Is that correct? |
| Officer: | 05:51 | They did. |
| Prosecutor: | 05:52 | Okay. And that was hopefully to try to quell some of the activities, uh, that Mr. Stephens was endeavoring, um, as to the blog and the emails to the professor, That's correct? |
| Officer: | 06:04 | That's correct. |
| Prosecutor: | 06:05 | And then last November of 2017 did another situation come up where the professor contacted Stockton Police Department? |
| Officer: | 06:19 | He did. |
| Prosecutor: | 06:20 | Can you elaborate a bit for the panel? |
| Officer: | 06:22 | Additional emails were sent to the professor as well as other of his colleagues in law enforcement officials. Um, and now they were even, they rose to a different level than the ones in earlier that year in February of 17. These emails from professor characterized and he, he provided the documentation of those to the Stockton police department, the actual emails and the content there in that he was quite concerned about. |
| Prosecutor: | 06:54 | And did that involve some, um, some of the, uh, exchanges or some of the emails involved? Mr. Stevens accusing the |

a47

This transcript was exported on Sep 08, 2019 - view latest version here.

|  |  | professor and or the blog site of making threats against his own family. |
|---|---|---|
| Officer: | 07:18 | There were a litany of what appeared to be unfounded rants, let's call them. Um, and in those rants he uses, um, what can be construed as threatening language for sure for certain. |
| Prosecutor: | 07:32 | Okay. And he also had it, or at least in his rant, he was more or less accusing the professor of threatening harm to his family members, which the professor had no knowledge of any endeavor involving that. |
| Officer: | 07:51 | He was asked by the Stockton Police Department, I'm sorry, the professor was asked by the Stockton Police Department if he have met, ever met this individual and he had not, um, he had never actually met, met him, but again, he characterized this individual corresponding over the blog site, um, for several years and you know, would often rant about unfounded things that without merit and so forth and so on. But now it rose to the level in the November of 17 direct email to the professor with language that that could be considered threatening. |
| Prosecutor: | 08:28 | Okay. And it certainly, it was dis-concerning when at least part of the language from that Mr. Stephens used in his rant was that, and he bolded this in his post that he would retaliate, is that correct? |
| Officer: | 08:45 | Yes. |
| Prosecutor: | 08:46 | Okay. And at that point, due to the dis-concerning nature of that post, that's when the professor contacted police and he was advised that he could indeed pursue this, uh, criminally. Is that correct? |
| Officer: | 09:02 | He was. |
| Prosecutor: | 09:02 | Okay. Thank you. Detective sergeant, if I could ask you to wait outside for your deliberation at this time, is one count matter involving the state of New Jersey versus Marc Stephens and the allegations involved that on or about the 28th day of November, 2017 in the township of Galloway, Marc Stephens, while making a communication in an online capacity via any electronic device or through a social networking site with the purpose to harass another, did threaten to inflict, inflict injury or physical harm to Robert Blaskiewicz, jr or his property. And this is contrary to New Jersey statutes annotated 2c: 33-4.1 a1 this is a cyber harassment by way of threatening injury or physical harm to a |

This transcript was exported on Sep 08, 2019 - view latest version here.

|  |  | person or a property of another. Do you have any questions of law for me or any questions of fact for detective Sergeant Matteoli? |
|--|--|--|
| Prosecutor: | 10:19 | Okay. Seeing no questions, I would ask the record be closed for deliberation. |

# EXHIBIT 29

Prosecutor's File # 18000238

| DEFENDANT | D.O.B. | COMPLAINT NO. | POLICE DEPT. |
|-----------|--------|---------------|--------------|
| MARC A STEPHENS | | S-2017-000926-0111 | 2017-15161 |

**ORIGINAL DO NOT REMOVE FROM FILE**

DAMON G. TYNER
ATLANTIC COUNTY PROSECUTOR
4997 UNAMI BOULEVARD
P.O. BOX 2002
MAYS LANDING, NEW JERSEY 08330
PHONE: (609) 909-7800

STATE OF NEW JERSEY

VS.

**MARC A STEPHENS**

DEFENDANT

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION - CRIMINAL
ATLANTIC COUNTY

FIRST STATED SESSION 2018 TERM

CYBER HARRASSMENT- THREATEN
INJ/PHYSI HARM TO PERS/PROP

INDICTMENT NO.: 18 09 - 1567 - D

ATLANTIC COUNTY, TO WIT:

THE GRAND JURORS of the State of New Jersey for the County of Atlantic upon their oaths,
PRESENT THAT:

REC'D & FILED
SUPERIOR COURT
NEW JERSEY

DEPUTY CLERK

a50

Prosecutor's File # 18000238

## COUNT 1

On or about the 28th day of November, 2017, in the Township of Galloway, County of

Atlantic, and within the jurisdiction of this Court,

## **MARC A STEPHENS**

while making a communication in an online capacity via any electronic device or through

a social networking site with the purpose to harass another, did threaten to inflict injury

or physical harm to ROBERT BLASKIEWICZ, JR., or their property;   contrary to the

provisions of N.J.S.A. 2C:33-4.1a(1), against the peace of this State, the Government and

dignity of the same.

FOURTH DEGREE

2C:33-4.1a(1) CYBER HARRASSMENT- THREATEN INJ/PHYSI HARM TO

PERS/PROP

A True Bill

DAMON G. TYNER
PROSECUTOR

FOREPERSON

ASSISTANT PROSECUTOR

SEP 1 8 2018

# EXHIBIT 30



United States Department of State

*Washington, D.C.   20520*

Marc A. Stephens
271 Rosemont Place
Englewood, NJ 07631

**By email at**: Marcstephens3@gmail.com

Dear Mr. Stephens:

The Department of State has denied your March 9, 2020 application for a U.S. passport pursuant to 22 C.F.R. § 51.60(b)(9). This regulation provides that the Department may refuse to issue a passport when the applicant is the subject of a state or local warrant of arrest for a felony. You may find the regulations cited in this letter online at: http://www.ecfr.gov.

This office was informed that on November 15, 2018, the Atlantic County Superior Court in Mays Landing, New Jersey, entered a felony warrant for your arrest. Case number 18000238001 charges you with failure to appear with an underlying charge of cyber harassment. Accordingly, the Department has denied your passport application pursuant to 22 C.F.R. § 51.60(b)(9). You may reapply for a passport once you have cleared your warrant.

Under 22 C.F.R. §§ 51.70–51.74, you have the option to request a hearing in writing to the following address within sixty days from receipt of this letter: U.S. Department of State, attn.: TG39, CA/PPT/S/L/LA, 44132 Mercure Circle, P.O. Box 1227, Sterling, VA 20166-1227. The hearing would take place in Washington, DC, and address only the basis on which the Department denied your passport application.

Passport and execution fees paid are not refundable. *See* 22 C.F.R. § 51.53. If you paid an expedite fee, you may request a refund of that fee in writing to Service Refund, U.S. Department of State, 2999 Passport Place, Washington, DC 20522-2999. You may also submit your expedite fee refund request by email at RefundsAtPassportServices@state.gov.

If you have any questions, please contact the Office of Legal Affairs for Passport Services at 202-485-6400 and use reference code TG39.

Sincerely,

Bureau of Consular Affairs
Passport Services
Office of Legal Affairs

# EXHIBIT 31

 **Gmail**                                           **Marc Stephens <marcstephens3@gmail.com>**

## Motion to Dismiss

**Luke Wepy** <luke.wepy@njcourts.gov>                                Mon, Apr 26, 2021 at 12:51 PM
To: Marc Stephens <marcstephens3@gmail.com>

There is no need for anything of that nature. The warrant has been removed from the NCIC database which is where it would show up if anyone from law enforcement were to run your name for warrants.

Luke Wepy

Team Leader for Honorable Judge John Rauh / Team D

Team Leader for Honorable Judge Patricia Wild / Team B

Phone:  (609) 402-0100 ext. 47337

Atlantic County Superior Court

Criminal Division

**NOTE: Effective 03/09/2020 I am no longer Team Leader for Judge Cunningham / Team C.**

 New Jersey Courts
Independence • Integrity • Fairness • Quality Service

**From:** Marc Stephens <marcstephens3@gmail.com>
**Sent:** Monday, April 26, 2021 12:54 PM
**To:** Luke Wepy <luke.wepy@njcourts.gov>
**Subject:** Re: [External]Re: Motion to Dismiss

You're welcome.  I would like to submit a document to all law enforcement so that I am not picked up on a warrant.  Can you provide something in writing on court letterhead?

Thanks,

Marc

# EXHIBIT 32

**PREPARED BY THE COURT**
**Superior Court of New Jersey**
**Criminal Courts Complex**
**4997 Unami Boulevard**
**Mays Landing, NJJ 08330**

| | | |
|---|---|---|
| STATE OF NEW JERSEY | : | SUPERIOR COURT OF NEW JERSEY |
| | : | ATLANTIC COUNTY |
| | : | LAW DIVISION – CRIMINAL PART |
| | : | |
| v. | : | IND NO. 18-09-01567-I |
| | : | |
| MARC STEPHENS | : | |
| | : | |
| | : | **MEMORANDUM OF DECISION** |

- Paige Jedlicka, Esq. on behalf of the State of New Jersey
- Marc Stephens, *Pro Se*

## Factual Background

On September 18, 2018, the State presented its case against Defendant Marc Stephens to

a grand jury. At the proceeding, the State called Detective-Sergeant Michael Mattioli of the

Atlantic County Prosecutor's Office. (GJR 12:19–20). Det. Sgt. Mattioli testified that Robert

Blaskiewicz, a professor at Stockton University contacted law enforcement. (GJR 14:5). Mr.

Blaskiewicz stated that he maintained a blog and over the course of several years, the defendant

corresponded with him through the comments section of his blog and through email. (GJR 14:9–

20). Most of these communications consisted of "unfounded rants." (GJR 17:1). In February

2017, the defendant sent Mr. Blaskiewicz and several other parties (including multiple law

enforcement agencies) and email that the victim found "alarming." (GJR 15:12). Then, in

November 2017, the defendant began accusing Mr. Blaskiewicz of threatening his family. (GJR

16:22–24). Det. Sgt. Mattioli did not testify as to the language contained in these

1

communications, but stated that they contained "language that could be considered threatening." (GJR 17:18–19). One email indicated that the defendant would retaliate against Mr. Blaskiewicz. (GJR 17:23).

After hearing this testimony, the grand jury indicted the defendant on one count of fourth-degree cyber-harassment, contrary to the provisions of N.J.S.A. 2C:33-4.1(a)(1). According to the indictment filed by the State, the defendant committed the offense on or about November 28, 2017 in Galloway Township, New Jersey.

## I. The State Made a *Prima Facie* Case of Cyber Harassment

To prevail on a motion to dismiss indictment, the defendant must clearly and plainly prove that the indictment is "manifestly deficient or palpably defective." State v. Hogan, 144 N.J. 216, 228 (1996). Every reasonable inference is to be given to the State when determining the sufficiency of the evidence to sustain the indictment. State v. Schenkolewski, 301 N.J. Super. 115, 137–38 (App. Div. 1997).

The defendant must show that more than doubt exists: there must be a grave doubt that the grand jury's determination was reached fairly and impartially before a court may dismiss an indictment. State v. Sivo, 341 N.J. Super. 302, 317 (App. Div. 2000). This can be based on either prosecutorial misconduct or selective prosecution. Id.

When moving to dismiss an indictment, the defendant needs to prove clearly and plainly that the indictment was technically inadequate in setting forth the allegations. See State v. Spano, 128 N.J. Super. 90, 92 (App. Div. 1973). In the alternative, the defendant may also prove, clearly and plainly, that the State failed to present evidence that both directly negates an element of the offense and is clearly exculpatory. Hogan, 144 N.J. at 237.

2

Although the decision to dismiss an indictment is within the discretion of the trial court, the indictment should be disturbed only "on the clearest and plainest ground" and only "when the indictment is manifestly deficient or palpably defective." Id. at 229. Additionally, the Court should give "due regard to the prosecutor's own evaluation of whether the evidence in question is clearly exculpatory." Id.

N.J.S.A. 2C:33-4.1(a)(1) states that "[a] person commits the crime of cyber-harassment if, while making a communication in an online capacity via any electronic device . . . and with the purpose to harass another, the person threatens to inflict injury or physical harm to any person or the property of any person." As such, to sufficiently indict a defendant for cyber harassment, the State must present some evidence that the defendant 1) made a communication through an electronic device, 2) had the purpose of harassing the victim, and 3) threatened to inflict injury or physical harm to the victim's person or property.

At the grand jury proceeding, Det. Sgt. Mattioli testified that all of the communications in question were conveyed either through email or in the comments section of the victim's blog. Det. Sgt. Mattioli further testified that these communications were numerous, suggesting that the defendant intended to harass the victim.

Finally, it should be noted that Det. Sgt. Mattioli did not describe the contents of these communications in any detail. Thus, it is difficult to discern whether the defendant "threaten[ed] to inflict injury or physical harm to any person or the property of any person." N.J.S.A. 2C:33-4.1(a)(1). However, Det. Sgt. Mattioli testified that at one point the defendant threatened to retaliate against the victim. When considering a motion to dismiss indictment, courts are to give every reasonable inference to the State. See Schenkolewski, 301 N.J. Super. at 137–38. As such,

3

it can be inferred that the defendant's statement that he would retaliate against the victim constituted a threat of injury or physical harm.

Accordingly, at the grand jury proceeding, the State made a *prima facie* case that the defendant committed one count of fourth-degree cyber harassment.

## II.     However, the Defendant's Speech is Protected by the First Amendment of the United States Constitution and Article I, Paragraph 6 of the New Jersey Constitution

The defendant also argues that the indictment should be dismissed because the alleged conduct constitutes speech protected by the First Amendment of the United States Constitution and Article I, paragraph 6 of the New Jersey Constitution.

An unfounded rant "cannot be transformed into criminal conduct merely because it annoys, disturbs, or arouses contempt." State v. Burkert, 231 N.J. 257, 281 (2017). Indeed, the First Amendment "protects offensive discourse, hateful ideas, and crude language." Id. However, the First Amendment does not protect "true threats." United States v. Alvarez, 567 U.S. 709, 718 (2012). Speech is considered a "true threat" when "the speaker means to communicate a serious expression of an intent to commit an act of unlawful violence to a particular individual or group of individuals." Virginia v. Black, 538 U.S. 343, 359 (2003). Hyperbole, unpleasant attacks, and inexact abusive speech does not constitute a true threat and is protected by the First Amendment. See Watts v. United States, 394 U.S. 705, 708 (1969).

When determining whether offensive speech constitutes a "true threat," courts are to consider the context of the speech, including "the language itself, and whether it is stated conditionally." State v. Carroll, 456 N.J. Super. 520, 538 (App. Div. 2018). Courts should also take into consideration the forum in which the speech was made as "use of the internet or social media may. . . amplify the threatening nature of speech or attenuate it." Id. at 539.

4

According to the indictment, the defendant has been charged only in relation to an email that he sent the victim on or about November 28, 2017. The court relies upon submissions from the parties to determine whether the email contained a "true threat." At the grand jury proceeding, Det. Sgt. Mattioli testified that the email contained a threat to retaliate against the victim. According to the affidavit of probable cause filed in the Galloway Township Municipal Court on November 30, 2017, the email accused the victim of "murdering innocent people." In its brief, the State indicates that the subject line of the email was "THIRD AND FINAL NOTICE," and that "[i]n the email, the defendant accused Mr. Blaskiewicz of threatening his family, harassing his family and friends, hacking his accounts, and spying on the defendant," as well as "murdering innocent people" and being a member of a "pedophile organization that murder[s] children."

Finally, during arguments on this motion, the State read into the record the contents of the November 28, 2017 email. The pertinent language of the email is as follows:

> If you guys continue hacking my computers and making death threats against my family and friends...I will release **video** proving that you are **murdering innocent people** including police offices and retired military men and women, and that the **Skeptics Society**[1] **is a pedophile organization that murder children**. Its that simple. (Formatting in original).

To be sure, the language in the email indicating that the defendant believed that the victim was a murderer who had harmed him, his family, and other parties does not constitute a threat. This language, directed at both the victim and several law enforcement agencies, is the kind of "unpleasant attack" that the Supreme Court has long found to be protected by the First Amendment. See Watts 394 U.S. at 708.

---

[1] The Skeptics Society is an online community that the victim ostensibly belongs to.

5

Retaliatory language can constitute a threat, depending upon the factual context. See Carroll, 456 N.J. Super. at 538. In this case, the allegedly threatening language was not made on social media or in a public forum but was sent via email to the victim and several other parties. Although the email includes the phrase "third and final warning," the threat appears to be conditional: the defendant stated that he would only follow through on the threat if the victim continued hacking his computer and making death threats against his family and friends.

But most importantly, the email in question did not "communicate a serious expression of an intent to commit an act of unlawful violence." Black, 538 U.S. at 359. Instead, the defendant threatened to release an apparently incriminating video about the victim. This threat does not rise to the level of "unlawful violence" that is unprotected by the First Amendment.

As such, the defendant's language toward the victim does not constitute a "true threat," and is therefore protected by the First Amendment of the United States Constitution and Article I, paragraph 6 of the New Jersey Constitution. Accordingly, the defendant's motion is

**GRANTED.**

Pamela D'Arcy, J.S.C.

Date: January 5, 2022

6

# EXHIBIT 31

## STATE OF NEW JERSEY vs MARC STEPHENS - ATL-18-000238    

Inbox ×



**Marc Stephens**                                                                                        12:57 PM (1 hour ago)   ☆

Hello Assistant Prosecutor Paige Jedlicka, I am following up regarding the case ATL-18-000238. On January 5, 2022, th...

**Paige Jedlicka**                                                      1:22 PM (1 hour ago)   ☆   ↰    ⋮

to me ▾

Hello Mr. Stephens,

The Court dismissed the indictment at our last court hearing. The State will not be pursuing this case further, so yes, as it stands now with our office, the case is closed. If you are looking for any documentation, I would direct you to speak with court staff.

**Paige Jedlicka**

**Atlantic County Prosecutor's Office**

4997 Unami Boulevard

Mays Landing, NJ 08330

(609) 909-7915

