

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK**
Martin Luther King Jr. Federal Bldg & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

WILLIAM T. WALSH
CLERK

**CAMDEN OFFICE**
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
Fourth & Cooper Streets, Room 1050
Camden, New Jersey 08101

April 5, 2022

**TRENTON OFFICE**
Clarkson S. Fisher U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

**REPLY TO: NEWARK**

Mr. Marc Stephens
271 Rosemont PL
Englewood, NJ 07631

   Re:  Check/ Money Order #106 @ $402.00

Dear Mr. Stephens,

  Enclosed please find Check/ Money Order #106 @ $402.00

\_\_ \_\_ \_  Check/Money Order must bear a signature

\_ \_\_\_\_  Temporary/Courtesy/Third-Party/Postdated checks are not acceptable.

\_\_ \_\_ \_\_\_\_  Check/Money Order must be payable to Clerk, USDC,

\_\_ \_\_\_\_  Altered checks/money orders are not acceptable.

\_\_ \_\_  Check/Money Order is made out for the incorrect amount,

\_\_ **X** \_\_\_\_  Other, please date the check and resubmit, all paperwork will be filed.

Should you have any questions concerning this matter, please contact the CASHIER (973) 622-4810.

            Sincerely,
            WILLIAM T. WALSH, CLERK

            By: Linda Gambardella

Enclosure(s): Check/Money Order #106 $402.00

Daily Log