MARC STEPHENS
21 ROSEMONT PL
ENGLEWOOD, NJ 07631
201-598-6268

To: Clerk

Cyber Civil Complaint

RECEIVED
APR 05 2022
AT 8:30
WILLIAM T. WALSH, CLERK
M