

# State of New Jersey

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
P.O. Box 116
TRENTON, NJ 08625-0116

MATTHEW J. PLATKIN
*Acting Attorney General*

MICHAEL T.G. LONG
*Director*

June 21, 2022

**VIA ECF**
The Honorable Matthew J. Skahill, U.S.M.J.
United States District Court, District of New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets, Court Room 3C
Camden, New Jersey 08101

    Re: <u>Marc A. Stephens v. Grewal et als.</u>
        Civil Action No. 1:22-cv-01989-KMW-MJS

Dear Judge Skahill:

    This office has just been assigned to represent Defendants Gurbir Grewal, Atlantic County Prosecutor's Office, and Detective Sergeant Michael Matteoli in the above-captioned matter.

    To this date, the Defendants have not been properly, personally, served by Plaintiff. However, to expedite the resolution of this matter, Defendants are nonetheless agreeable to waive proper service, with the understanding that their responsive pleading in this matter would be filed on or before 21 days from today's date (July 12, 2022). If this approach is agreeable to the Court, Defendants respectfully request that the Court enter an Order that: sets <u>July 12, 2022, as the deadline for Defendants' responsive pleading</u>.

    We thank Your Honor for your time and consideration of this matter.

SO ORDERED this 22nd day of June 2022

Matthew J. Skahill, USMJ



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 815-2835 • FAX: (609) 633-7434
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

June 21, 2022
Page 2

Respectfully submitted,

MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY

/s/  Peter Sosinski
Peter Sosinski
Deputy Attorney General
NJ Attorney ID: 201552017

cc: Marc A. Stephens              (via certified & regular mail)
                                  (via ECF)