TO Clerk,

PLEASE FILE:

① CASE NO: 2:22-CV-00824-MCA-JBC
   - RULE 26 DISCLOSURE
   - MOTION PROCESS OF SERVICE

② 1:22-CV-01989-KMW-SAK
   - PLAINTIFF RESPONSE to MOTION to DISMISS

✶: PLEASE PROVIDE Judges WITH Copy of Motion.

THANKS,

MARC STEPHENS
PLAINTIFF, PRO SE
201-598-6268

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2022 JUN 30 P 12:19