

UPS GROUND
TRACKING #: 1Z 443 5Y8 03 6703 6630
BILLING: P/P

NEWARK NJ 07102-3551
NJ 071 0-02

SHIP CLERK OFFICE
TO: MARTIN LUTHER KING US COURTHOUSE
50 WALNUT ST

MARC STEPHENS
(201) 598-6268
271 ROSEMONT PL
ENGLEWOOD NJ 07631

1 LBS
SHP WT: 1 LBS  1 OF 1
DATE: 28 JUN 2022

X-RAYED

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2022 JUN 30 P 12:17

Do not fold or bend