MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
25 Market Street
Trenton, New Jersey 08625-0112
Attorney for Defendants, *Stockton University and Robert Blaskiewicz, Jr.*

By:  Timothy P. O'Brien
     Deputy Attorney General
     Attorney ID# 00621984
     (609) 376-2440
     Timothy.Obrien@law.njoag.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

|  |  |
|---|---|
| MARC A. STEPHENS<br><br>Plaintiff,<br><br>v.<br><br>GURBIRS.GREWAL,ATTORNEY GENERAL, STATE OF NEW JERSEY, ATLANTIC COUNTY PROSECUTOR'S OFFICE, STOCKTON UNIVERSITY, GALLOWAY TOWNSHIP,ROBERT BLASKIEWICZ, Jr., SERGEANT MICHAEL MATTEOLI<br><br>Defendants. | CIVIL ACTION NO. 1:22-cv-01989 (KMW-MJS)<br><br><br>**CERTIFICATION OF SERVICE** |

Timothy P. O'Brien, of full age, certifies as follows:

1. I am an attorney-at-law of the State of New Jersey,
   employed as a Deputy Attorney General with the
   Division of Law, Department of Law and Public Safety,
   State of New Jersey, in which capacity I represent the
   Defendant-movants herein.

2. On July 11, 2022, I caused Defendants' Reply Brief on defendants' Motion to Dismiss to be filed with the Court electronically and served upon Pro se Plaintiff, Marc A. Stephens at 271 Rosemont Place, Englewood, NJ 07631 via Regular and Certified Mail, RRR.

3. I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY

By:    /s/ Timothy P. O'Brien
       Timothy P. O'Brien
       Deputy Attorney General

DATED: July 11, 2022

2