MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY
R. J. Hughes Justice Complex
P.O. Box 116
Trenton, New Jersey 08625
Attorney for Defendants,
    Gurbir S. Grewal, the Atlantic County Prosecutor's
    Office, and Michael Mattioli

By:    Peter Sosinski (NJ ID# 210552017)
        Deputy Attorney General
        (609) 376-2776
        Peter.sosinski@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN

| MARC A. STEPHENS,<br><br>    Plaintiff,<br><br>      v.<br><br>GURBIR S. GREWAL, et al.,<br><br>    Defendants. | Hon. Karen M. Williams, U.S.D.J.<br>Hon. Matthew J. Skahill, U.S.M.J.<br><br>CIVIL ACTION NO. 22-cv-01989<br><br><u>**Civil Action**</u><br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
|---|---|

TO:    CLERK OF THE COURT
         United States District Court
         District of New Jersey
         Camden Vicinage
         (Electronically Filed)

         271 ROSEMONT PL
         ENGLEWOOD, NJ 07631
         **PRO SE PLAINTIFF**

         cc: Counsels on Record

PLEASE TAKE NOTICE that on August 15, 2022, or at such other time as may please the Court, the undersigned Matthew J. Platkin, Acting Attorney General of New Jersey, by Peter Sosinski, Deputy Attorney General, appearing on behalf of Defendants Gurbir S. Grewal, the Atlantic County Prosecutor's Office, and Michael Mattioli shall move before the Hon. Karen M. Williams, U.S.D.J., Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Street, Camden, New Jersey 08101, for entry of an Order dismissing Plaintiff's Complaint against Defendants for failure to state a claim pursuant to F.R.Civ.P. 12(b)(6) and/or for those reasons set forth in the appended brief, and incorporated herein by reference as if set forth herein.

        MATTHEW J. PLATKIN
        ATTORNEY GENERAL OF NEW JERSEY

By: s/ Peter Sosinski
    Peter Sosinski
    Deputy Attorney General

DATED: July 12, 2022