MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY
R. J. Hughes Justice Complex
P.O. Box 116
Trenton, New Jersey 08625
Attorney for Defendants,
    Gurbir S. Grewal, the Atlantic County Prosecutor's
    Office, and Michael Mattioli

By:    Peter Sosinski (NJ ID# 210552017)
        Deputy Attorney General
        (609) 376-2776
        Peter.sosinski@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN

| MARC A. STEPHENS,<br><br>   Plaintiff,<br><br>     v.<br><br>GURBIR S. GREWAL, et al.,<br><br>   Defendants. | Hon. Karen M. Williams, U.S.D.J.<br>Hon. Matthew J. Skahill, U.S.M.J.<br><br>CIVIL ACTION NO. 22-cv-01989<br><br>**<u>Civil Action</u>**<br><br>**CERTIFICATION OF COUNSEL** |
|---|---|

Peter Sosinski, of full age, hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey and am employed by the State of New Jersey, Department of Law and Public Safety, as a Deputy Attorney General. I represent Defendants Gurbir S. Grewal, the Atlantic County

Prosecutor's Office, and Michael Matteoli in the above-captioned matter. In this capacity, I am fully familiar with the facts set forth below.

     2.    I make this certification in support of Defendants' Motion to Dismiss Plaintiff's Complaint in this matter.

I certify that the foregoing statements by me are true. I understand that if any of the foregoing statements are willfully false, I am subject to punishment.

       /s/ Peter Sosinski
      Peter Sosinski
      Deputy Attorney General

Dated: July 12, 2022