MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY
R. J. Hughes Justice Complex
P.O. Box 116
Trenton, New Jersey 08625
Attorney for Defendants,
    Gurbir S. Grewal, the Atlantic County Prosecutor's
    Office, and Michael Mattioli

By:    Peter Sosinski
Deputy Attorney General
NJ Attorney ID: 210552017
(609) 376-2776
Peter.sosinski@law.njoag.gov

| | |
|---|---|
| MARC A. STEPHENS,<br><br>    Plaintiff,<br><br>v.<br><br>GURBIR S. GREWAL, et al.,<br><br>    Defendants. | **UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>VICINAGE OF CAMDEN**<br><br>Hon. Karen M. Williams, U.S.D.J.<br>Hon. Matthew J. Skahill, U.S.M.J.<br><br>CIVIL ACTION NO. 22-cv-01989<br><u>**Civil Action**</u><br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT** |

    This matter having come before the Court on a motion of Matthew J. Platkin, Acting Attorney General of New Jersey, by Peter Sosinski, Deputy Attorney General,

appearing on behalf of Defendants Gurbir S. Grewal, the Atlantic County Prosecutor's Office, and Michael Mattioli pursuant to *Fed. R. Civ. P.* 12(b)(6), and the Court having considered the papers submitted herein, and for good cause shown;

    IT IS on this _____ day of _____, 2022;

    ORDERED that the Motion to Dismiss Plaintiff's Complaint pursuant to FED. R. CIV. P. 12(b)(6) filed by Defendants Gurbir S. Grewal, the Atlantic County Prosecutor's Office, and Michael Mattioli is hereby dismissed in their entirety, with prejudice.

                                           _____
                                           Honorable Karen M. Williams, U.S.D.J.