MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY
R. J. Hughes Justice Complex
P.O. Box 116
Trenton, New Jersey 08625
Attorney for Defendants,
    Gurbir S. Grewal, the Atlantic County Prosecutor's
    Office, and Michael Mattioli

By:   Peter Sosinski (NJ ID# 210552017)
       Deputy Attorney General
       (609) 376-2776
       Peter.sosinski@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN

| MARC A. STEPHENS,<br><br>   Plaintiff,<br><br>    v.<br><br>GURBIR S. GREWAL, et al.,<br><br>   Defendants. | Hon. Karen M. Williams, U.S.D.J.<br>Hon. Matthew J. Skahill, U.S.M.J.<br><br>CIVIL ACTION NO. 22-cv-01989<br><br>**<u>Civil Action</u>**<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

      I, Peter Sosinski, Deputy Attorney General of the State of New Jersey, do hereby certify that a reply brief was submitted to the Court on behalf of Defendants Gurbir S. Grewal, the Atlantic County Prosecutor's Office, and Michael Mattioli via electronic filing with the Clerk of the United States District Court for the District of New Jersey on the date shown below.

I further certify that I have caused true and correct copies of the said Notice of Motion and supporting documents electronically filed with the Court to be sent via regular and certified mail to the following pro se plaintiff and non-ECF user:

271 ROSEMONT PL
ENGLEWOOD, NJ 07631

I certify that the foregoing statements by me are true. I understand that if any of the foregoing statements are willfully false, I am subject to punishment.

                                                     s/ Peter Sosinski
                                                     Peter Sosinski
                                                     Deputy Attorney General

DATED: August 8, 2022