MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 116
Trenton, New Jersey 08625
Attorney for Defendants,
 Gurbir S. Grewal, Atlantic County Prosecutor's Office,
 and Michael Matteoli

By: Thomas Sindel (340392021)
    Deputy Attorney General
    609-376-2986
    Thomas.Sindel@law.njoag.gov
    DOL# 22-01463

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| MARC A. STEPHENS, | HON. KAREN M. WILLIAMS, U.S.D.J. |
| | HON. MATTHEW J. SKAHILL, U.S.M.J. |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 1:22-CV-01989-KMW-MJS |
| GUBIR S. GREWAL, et al., | |
| | **SUBSTITUTION OF ATTORNEY DAG THOMAS SINDEL** |
| Defendants. | |

The undersigned hereby consent to the substitution of Deputy Attorney General Thomas Sindel as attorney for Defendants Gurbir S. Grewal, the Atlantic County Prosecutor's Office, and Michael Matteoli, in the above-captioned matter.

| | |
|---|---|
| MATTHEW J. PLATKIN<br>ATTORNEY GENERAL OF NEW JERSEY | MATTHEW J. PLATKIN<br>ATTORNEY GENERAL OF NEW JERSEY |
| /s/ Peter Sosinski<br>Peter Sosinski<br>Deputy Attorney General<br>Withdrawing Attorney | /s/ Thomas Sindel<br>Thomas Sindel<br>Deputy Attorney General<br>Superseding Attorney |

DATE: March 6, 2023