IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MARC A. STEPHENS, | HONORABLE KAREN M. WILLIAMS |
| Plaintiff, | |
| v. | Civil Action<br>No. 22-01989 (KMW-MJS) |
| GURBIR S. GREWAL, ATTORNEY GENERAL, STATE OF NEW JERSEY, *et al.*, | **ORDER** |
| Defendants. | |

**WILLIAMS, District Judge:**

This matter is before the Court on Defendant Stockton University and Defendant Robert Blaskiewicz, Jr.'s Motion to Dismiss ("University Defendants") (ECF No. 9), Defendant Galloway Township's Motion to Dismiss (ECF No. 13), and Defendant Atlantic County Prosecutor's Office, Defendant Gurbir S. Grewal's, and Defendant Detective Michael Mattioli's Motion to Dismiss ("Prosecutor-Defendants") (ECF No. 16). Plaintiff Marc A. Stephens opposed University Defendants' and Prosecutor-Defendants' Motions to Dismiss. Plaintiff did not oppose Defendant Galloway's Motion to Dismiss. For the reasons set forth in the Opinion of May 15, 2023,

IT IS this 15th day of May, 2023,

**ORDERED** that the Court **GRANTS** Defendant Galloway Township's Motion to Dismiss without prejudice; and

**ORDERED** that the Court **GRANTS IN PART AND DENIES IN PART** both University Defendants' and Prosecutor Defendants' Motions to Dismiss; and

- **FURTHER ORDERED** that the Court **DENIES** University Defendants' and Prosecutor-Defendants' Motions to Dismiss regarding the applicability of Eleventh Amendment immunity without prejudice; and

- **FURTHER ORDERED** that the Court **GRANTS** University Defendants' and Prosecutor-Defendants' Motions to Dismiss as to the §1983 claims against Defendant Blaskiewicz without prejudice, Defendant Atlantic County Prosecutor's Office with prejudice, and Defendant Detective Mattioli with prejudice; and

- **FURTHER ORDERED** that the Court **GRANTS** University Defendants' and Prosecutor-Defendants' Motions to Dismiss regarding all New Jersey Tort Claims Act claims without prejudice; and

- **FURTHER ORDERED** that the Court **GRANTS** Prosecutor-Defendants' Motion to Dismiss as to all claims against Defendant Attorney General Grewal without prejudice.

Should Plaintiff choose to file an amended complaint in this matter, he should clearly address the deficiencies that the Court has identified, and he must do so within thirty (30) days of issuance of this Order.

KAREN M. WILLIAMS
United States District Judge