# BARKER, GELFAND, JAMES & SARVAS

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

*Atlantic County Office:*
210 New Road
Linwood Greene – Suite 12
Linwood, New Jersey 08221
(609) 601-8677
(609) 601-8577 – Telefax

A. MICHAEL BARKER *
TODD J. GELFAND **
VANESSA E. JAMES **+
JEFFREY P. SARVAS

GREG DiLORENZO
ADAM E. BARKER

*Burlington County Office:*
1 Eves Drive, Suite 111
Marlton, New Jersey 08053
(609) 601-8677
(609) 601-8577 – Telefax
E-Mail:
TGelfand@BarkerLawFirm.net
*By Appointment Only*

*Gloucester County Office:*
91 Circle Avenue
Pitman, New Jersey 08071
(856) 244-1854
Email: VJames@BarkerLawFirm.net
*By Appointment Only*

* CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
** LICENSED TO PRACTICE IN PENNSYLVANIA
+ ASSOCIATION OF WORKPLACE INVESTIGATORS – CERTIFICATE HOLDER

Website: www.barkerlawfirm.net
e-mail: TGelfand@BarkerLawFirm.net

PLEASE REPLY TO
ATLANTIC COUNTY OFFICE

June 1, 2023

United States Judge Karen M. Williams
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re:  Marc A. Stephens v. Gurbir S. Grewal, Attorney General, State of New Jersey, Atlantic County Prosecutor's Office, Stockton University, Galloway Township, Detective Sergeant Michael Matteoli, Robert Blaskiewicz, Jr., All Defendants sued individually and in official capacity.
1:22-cv-01989-KMW-SAK

Dear Judge Williams:

We offer this letter in response and "opposition" to Plaintiff's motion for reconsideration, filed yesterday, in the above-referenced matter.

Plaintiff seeks reconsideration of an opinion and order which dismissed the claims as to Galloway Township, along with dismissal of certain claims against other defendants. From our review of Plaintiff's reconsideration motion, it appears to advance

Page 2
June 1, 2023
United States Judge Karen M. Williams
Re:   Marc A. Stephens v. Gurbir S. Grewal, Attorney General, State of New Jersey, Atlantic County Prosecutor's Office, Stockton University, <u>Galloway Township</u>, et al.
       1:22-cv-01989-KMW-SAKD

arguments for reconsideration which do not relate, in any way, to the grounds for dismissal of the claims against Defendant Galloway Township as set forth in the Court's decision at docket entry no. 22, pages 15 to 17. Therefore, we presume that no opposition is necessary on behalf of Galloway Township, but we nonetheless file this letter to preserve Galloway Township's position that the motion does not support reconsideration of the dismissal of Galloway Township. Plaintiff makes certain argument concerning the Court's Tort Claims Act analysis, which could relate to additional grounds for dismissal of certain claims against Galloway, but the Court's opinion reflects that even if the TCA issue were decided in Plaintiff's favor, the claims against Galloway could not proceed because of the failure to plead a factual basis for Galloway Township liability since no Galloway Township employee is alleged to have caused the harm complained of by Plaintiff Stephens.

                Respectfully,

                **BARKER, GELFAND, JAMES & SARVAS**
                  **A Professional Corporation**

              By:   s/ Todd J. Gelfand
                    Todd J. Gelfand, Esquire

cc:   MARC A. STEPHENS
     271 ROSEMONT PL
     ENGLEWOOD, NJ 07631