**Attorney ID – TG-3528**
**Todd J. Gelfand, Esquire**
**BARKER, GELFAND, JAMES & SARVAS**
A Professional Corporation
Linwood Greene – Suite 12
210 New Road
Linwood, New Jersey 08221
(609) 601-8677
TGelfand@BarkerLawFirm.net

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARC A. STEPHENS,<br><br>    Plaintiff,<br><br>    vs.<br><br>GURBIR S. GREWAL, ATLANTIC COUNTY PROSECUTOR'S OFFICE, STOCKTON UNIVERSITY, GALLOWAY TOWNSHIP, DETECTIVE SERGEANT MICHAEL MATTEOLI, ROBERT BLASKIEWICZ, JR.<br><br>    Defendants. | Docket Number<br>1:22-cv-01989-KMW-SAK<br>Civil Action |

**NOTICE TO WITHDRAWAL FROM ELECTRONIC NOTIFICATIONS**

**On behalf of the Defendant, GALLOWAY TOWNSHIP**

**PLEASE TAKE NOTICE** that Todd J. Gelfand, Esquire of Barker, Gelfand, James & Sarvas, shall withdrawal from electronic notifications on behalf of Defendant, GALLOWAY TOWNSHIP.

                                **BARKER, GELFAND, JAMES & SARVAS, A Professional Corporation**


                                By: s/Todd J. Gelfand
                                    Todd J. Gelfand, Esquire

Dated: March 6, 2024