# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN  **DATE:** April 10, 2024

**JUDGE MATTHEW SKAHILL, U.S.M.J.**

**COURT REPORTER:** Court Conference Line

**TITLE OF CASE:**  **DOCKET NO.** 22-1989 (KMW/MJS)
STEPHENS
 v.
GREWAL et al

**APPEARANCES:**
Marc Stephens, Pro Se for Plaintiff
Rachel Kristol, Esq. for defendant Stockton University

**NATURE OF PROCEEDINGS:**   Status Conference
Status Conference held by phone on the record.
Order to be entered.

*s/Ryan Sanders*
**DEPUTY CLERK**

**TIME COMMENCED:** 2:38 p.m.
**TIME ADJOURNED:**  2:43 p.m.
**TOTAL TIME:**  5 minutes