**LITE DEPALMA GREENBERG & AFANADOR, LLC**
Victor A. Afanador, Esq.
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: 973-623-3000
vafanador@litedepalma.com

*Attorneys for Defendant, Stockton University*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARC A. STEPHENS,<br><br>                                   Plaintiff,<br><br>v.<br><br>GURBIR S. GREWAL, ATTORNEY GENERAL,<br>STATE OF NEW JERSEY, ATLANTIC<br>COUNTY PROSECUTOR'S OFFICE,<br>STOCKTON UNIVERSITY, GALLOWAY<br>TOWNSHIP, ROBERT BLASKIEWICZ, JR.,<br>DETECTIVE SERGEANT MICHAEL<br>MATTEOLI, All Defendants sued Individually and<br>in official capacity,<br><br>                                   Defendants. | Civil Action No.: 22-01989<br><br>CIVIL ACTION<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consent to the substitution of Victor A. Afanador, Esq., of Lite

DePalma Greenberg & Afanador, LLC for The State of New Jersey, Attorney General's Office

as *Attorneys for Defendant, Stockton University,* in the above-entitled action.

**Lite DePalma Greenberg**
**& Afanador, LLC**

By:    */s/ Victor A. Afanador*
Victor A. Afanador, Esq.
Superseding Attorney

Dated: May 3, 2024

**Matthew J. Platkin**
**New Jersey Attorney General**

By:    */s/ Rachel Kristol*
Rachel Kristol, Deputy Attorney General
on behalf of the State of New Jersey
Withdrawing Attorneys
Dated: May 3, 2024

854727.1