**LITE DEPALMA GREENBERG & AFANADOR, LLC**
Victor A. Afanador, Esq.
Susana Cruz Hodge, Esq.
570 Broad Street, Ste. 1201
Newark, NJ 07102
Tel.: 973-623-3000
Email: vafanador@litedepalma.com
Email: scruzhodge@litedepalma.com

*Counsel for Defendant Stockton University*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARC A. STEPHENS<br><br>                    Plaintiff,<br><br>v.<br><br>GURBIR S. GREWAL, ATTORNEY GENERAL, STATE OF NEW JERSEY, ATLANTIC COUNTY PROSECUTOR'S OFFICE, STOCKTON UNIVERSITY, GALLOWAY TOWNSHIP, ROBERT BLASKIEWICZ, JR., DETECTIVE SERGEANT MICHAEL MATTEOLI, All Defendants sued Individually and in official capacity,<br><br>                    Defendants. | Civil Action No. 1:22-cv-01989 (KMW)(MJS)<br><br><br>**DEFENDANT, STOCKTON UNIVERSITY'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)** |

TO:   THE CLERK OF COURT AND ALL COUNSEL OF RECORD
        AND PRO-SE PLAINTIFF

**PLEASE TAKE NOTICE** that the undersigned will apply to the United States District Court, Martin Luther King, Jr. Federal Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey 07102, on August 5, 2024, at 9:00 a.m. in the forenoon or as soon thereafter as counsel may be heard, for an Order dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. Proc. 12(b)(1).

**PLEASE TAKE NOTICE** that in support of this motion, Defendant will rely upon the

998165.1

accompanying Memorandum of Law and Declaration of Susana Cruz Hodge, Esq., with Exhibits.

**PLEASE TAKE FURTHER NOTICE** that at the time and place aforesaid, Defendant, Stockton University will request that the proposed form of Order submitted herewith be entered by the Court.

**LITE DEPALMA GREENBERG & AFANADOR, LLC**

Date:  June 24, 2024     By:    /s/ *Susana Cruz Hodge*
Susana Cruz Hodge, Esq.
Victor A. Afanador, Esq.
570 Broad Street, Suite 1201
Newark, New Jersey 07102

*Counsel Defendant Stockton University*

998165.1