IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MARC A. STEPHENS,<br><br>Plaintiff,<br><br>v.<br><br>GURBIR S. GREWAL, ATTORNEY GENERAL, STATE OF NEW JERSEY, *et al.*,<br><br>Defendants. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 22-01989 (KMW-MJS)<br><br>**ORDER** |

**WILLIAMS, District Judge:**

This matter is before the Court on Defendant Stockton University's unopposed Motion to Dismiss (ECF No. 42). For the reasons set forth in the Opinion of even date,

IT IS this ____ day of December, 2024,

**ORDERED** that the Court **GRANTS with prejudice** Defendant Stockton University's Motion to Dismiss; and further

**ORDERED** that the Clerk of Court close this case.

KAREN M. WILLIAMS
United States District Judge